# Exhibit A

PTI HOLDING FEES and COSTS
March 20, 2006 - August 31, 2006

| Matter Number and Title | | Mar. 20-31 | April | May | June | July | August | Total |
|---|---|---|---|---|---|---|---|---|
| 0001 - General Case Administration | Fees | $43,589.00 | $25,483.50 | $7,900.00 | $3,888.00 | $7,807.00 | $1,577.00 | $90,244.50 |
| | Disb. | $5,943.30 | $1,634.97 | $3,317.88 | $1,564.95 | $714.44 | $854.71 | $14,030.25 |
| | Total | $49,532.30 | $27,118.47 | $11,217.88 | $5,452.95 | $8,521.44 | $2,431.71 | $104,274.75 |
| 0002 - Asset Analysis & Recovery | Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Disb. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 - Asset Disposition | Fees | $86,815.00 | $28,076.00 | $69,319.00 | $19,528.00 | $46,076.50 | $72,524.50 | $322,339.00 |
| | Disb. | $239.88 | $161.18 | $4,507.52 | $5,469.74 | $599.22 | $169.40 | $11,146.94 |
| | Total | $87,054.88 | $28,237.18 | $73,826.52 | $24,997.74 | $46,675.72 | $72,693.90 | $333,485.94 |
| 0004 - Business Operations | Fees | $6,362.00 | $2,574.50 | $2,163.10 | $1,263.50 | $4,069.00 | $778.10 | $17,210.20 |
| | Disb. | $8,791.18 | $14.90 | $4,942.70 | $26.80 | ($2,000.00) | $0.00 | $11,775.58 |
| | Total | $15,153.18 | $2,589.40 | $7,105.80 | $1,290.30 | $2,069.00 | $778.10 | $28,985.78 |
| 0005 - Claims Admin. & Objections | Fees | $223.50 | $848.00 | $1,055.50 | $492.50 | $2,359.50 | $17,711.00 | $22,690.00 |
| | Disb. | $1.38 | $0.00 | $0.00 | $4.40 | $0.00 | $432.48 | $438.26 |
| | Total | $224.88 | $848.00 | $1,055.50 | $496.90 | $2,359.50 | $18,143.48 | $23,128.26 |
| 0006 - Employee Benefits/ Severance | Fees | $4,359.85 | $8,639.30 | $17,921.80 | $8,565.90 | $7,938.50 | $8,853.30 | $56,278.65 |
| | Disb. | $0.20 | $0.50 | $6.00 | $10.81 | $200.20 | $136.16 | $353.87 |
| | Total | $4,360.05 | $8,639.80 | $17,927.80 | $8,576.71 | $8,138.70 | $8,989.46 | $56,632.52 |
| 0007 - Fee/ Employment Applications | Fees | $1,055.00 | $5,870.00 | $4,341.00 | $8,585.50 | $4,641.00 | $4,536.50 | $29,029.00 |
| | Disb. | $0.39 | $0.00 | $3.10 | $23.20 | $25.20 | $23.88 | $75.77 |
| | Total | $1,055.39 | $5,870.00 | $4,344.10 | $8,608.70 | $4,666.20 | $4,560.38 | $29,104.77 |
| 0008 - Fee/ Employment Objections | Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Disb. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Page 1

sb062500.1939/8/2006

EXHIBIT A

PTI HOLDING FEES and COSTS
March 20, 2006 - August 31, 2006

| Matter Number and Title | | Mar. 20-31 | April | May | June | July | August | Total |
|---|---|---|---|---|---|---|---|---|
| 0009 - Financing | Fees | $18,150.50 | $4,037.00 | $6,563.50 | $11,590.50 | $2,349.00 | $5,855.00 | $48,545.50 |
| | Disb. | $7.37 | $7.06 | $3.80 | $0.00 | $0.00 | $0.00 | $18.23 |
| | Total | $18,157.87 | $4,044.06 | $6,567.30 | $11,590.50 | $2,349.00 | $5,855.00 | $48,563.73 |
| 0010 - Litigation - General | Fees | $391.00 | $2,803.50 | $1,495.00 | $3,419.50 | $4,897.50 | $2,866.50 | $15,873.00 |
| | Disb. | $247.63 | $0.00 | $253.57 | $0.00 | $62.34 | $31.39 | $594.93 |
| | Total | $638.63 | $2,803.50 | $1,748.57 | $3,419.50 | $4,959.84 | $2,897.89 | $16,467.93 |
| 0011 - Creditor Communications | Fees | $3,445.50 | $23,842.50 | $11,261.00 | $2,627.50 | $2,063.00 | $1,630.00 | $44,869.50 |
| | Disb. | $0.34 | $0.34 | $0.00 | $6.34 | $0.00 | $0.00 | $7.02 |
| | Total | $3,445.84 | $23,842.84 | $11,261.00 | $2,633.84 | $2,063.00 | $1,630.00 | $44,876.52 |
| 0012 - Plan & Disclosure Statement | Fees | $142.50 | $0.00 | $0.00 | $3,413.00 | $1,984.50 | $2,416.00 | $7,956.00 |
| | Disb. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $142.50 | $0.00 | $0.00 | $3,413.00 | $1,984.50 | $2,416.00 | $7,956.00 |
| 0013 - Relief from Stay Proceedings | Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Disb. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0014 - Tax Issues | Fees | $0.00 | $0.00 | $0.00 | $0.00 | $47.50 | $0.00 | $47.50 |
| | Disb. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $0.00 | $0.00 | $0.00 | $0.00 | $47.50 | $0.00 | $47.50 |
| 0015 - Valuation Issues | Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Disb. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0016 - General Corporate | Fees | $1,505.00 | $3,361.00 | $1,090.00 | $601.50 | $0.00 | $855.50 | $7,413.00 |
| | Disb. | $59.62 | $95.00 | $0.60 | $259.60 | $0.00 | $1.60 | $416.42 |
| | Total | $1,564.62 | $3,456.00 | $1,090.60 | $861.10 | $0.00 | $857.10 | $7,829.42 |

Page 2

EXHIBIT A

sb062500.1939/8/2006

## PTI HOLDING FEES and COSTS
### March 20, 2006 - August 31, 2006

| Matter Number and Title | | Mar. 20-31 | April | May | June | July | August | Total |
|---|---|---|---|---|---|---|---|---|
| 0017 - Licenses | Fees | $0.00 | $590.50 | $13,355.50 | $2,950.50 | $2,705.50 | $1,692.00 | $21,294.00 |
| | Disb. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $0.00 | $590.50 | $13,355.50 | $2,950.50 | $2,705.50 | $1,692.00 | $21,294.00 |
| 0018 - Landlord/ Tenant | Fees | $1,692.50 | $495.50 | $4,601.50 | $9,957.50 | $9,296.50 | $9,833.50 | $35,877.00 |
| | Disb. | $2.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.20 | $2.65 |
| | Total | $1,694.95 | $495.50 | $4,601.50 | $9,957.50 | $9,296.50 | $9,833.70 | $35,879.65 |
| 0019 - Broome & Wellington | Fees | $0.00 | $20,167.00 | $7,606.50 | $27,303.00 | $54,415.00 | $52,271.50 | $161,763.00 |
| | Disb. | $0.00 | $0.00 | $0.00 | $437.89 | $978.69 | $464.70 | $1,881.28 |
| | Total | $0.00 | $20,167.00 | $7,606.50 | $27,740.89 | $55,393.69 | $52,736.20 | $163,644.28 |
| 0020 - H.W. Baker Linen | Fees | $0.00 | $0.00 | $0.00 | $0.00 | $1,350.50 | $3,125.00 | $4,475.50 |
| | Disb. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.79 | $0.79 |
| | Total | $0.00 | $0.00 | $0.00 | $0.00 | $1,350.50 | $3,125.79 | $4,476.29 |
| TOTALS | Fees | $167,731.35 | $126,788.30 | $148,673.40 | $104,186.40 | $152,000.50 | $186,525.40 | $885,905.35 |
| | Disb. | $15,293.74 | $1,913.95 | $13,035.17 | $7,803.73 | $580.09 | $2,115.31 | $40,741.99 |
| | Total | $183,025.09 | $128,702.25 | $161,708.57 | $111,990.13 | $152,580.59 | $188,640.71 | $926,647.34 |

sb062500.1939/8/2006

Page 3

EXHIBIT A