# Exhibit B
# 1 of 6
# March Invoices

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 60845-0001

April 24, 2006

Invoice  3263357

PTI Holding
Attn:  Marv Toland
1700 Westlake Ave N #200
Seattle, WA  98109

---

INVOICE

---

## FOR SERVICES THROUGH 03/31/06, IN CONNECTION WITH THE FOLLOWING:

| | |
|---|---|
| Total Services | $43,589.00 |
| Disbursements and Other Charges | $5,943.30 |
| **TOTAL DUE THIS INVOICE** | **$49,532.30** |

### General Case Administration

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/20/06 | A. Smith | 6.00 | Draft, review, revise and/or finalize petitions, schedules, motions, all other first-day pleadings; |
| 03/20/06 | A. Kovacs-Szabo | 12.30 | Review and respond to emails regarding schedule preparation (1.1); review data, revise and input into schedules and related documents (5.7); telephone conferences and emails with K. Nelson and D. Gowey regarding schedules and related documents (1.8); conferences regarding preparation for filing and accounting issues (.6); revise and forward petition, schedules and related documents for filing (2.9); telephone conferences with N. Guariglia regarding filing (.2); |
| 03/20/06 | B. Jennings | 12.50 | Conference regarding status of bankruptcy filing and first day motions (.4); review and revise motion for payment of critical vendors, motion for payment of employee expenses, motion to continue customer practices, other first day motions and accompanying declarations and orders (4.5); telephone conference and emails with M. Toland regarding first day declaration and first day motions (.5); emails and telephone conferences with K. Nelson regarding first day motions (.5); prepare for filing and service of first day motions (2.4); correspondence with S. Harris regarding filing of petitions and motions (.3); telephone conference with N. Guariglia regarding filing of first day motions (.3); email S. Greenstein regarding service of overseas suppliers (.5); draft declaration in support of first day motions (3.1); |
| 03/21/06 | A. Smith | 6.50 | Travel to Reno for first day hearings (1/2 time) (2.3); deal with first day notice, including service (1.8); conferences and emails with S. Greenstein regarding first day service (.6); begin preparations for first day hearings (1.3); organize files for same (.5); |
| 03/21/06 | A. Kovacs-Szabo | 8.50 | Review and respond to emails regarding filing, employment, first day motions, hearing date and related issues (1.7); telephone conferences and conferences with N. Guariglia, bankruptcy court clerk and others regarding employment, first day pleadings, service and related issues (1.2); draft, revise and finalize employment pleadings regarding pro hac vice admission (1.8); telephone conferences with largest unsecured creditors regarding forwarding pleadings and related case information |

**EXHIBIT B**

60845-0001                  April 24, 2006                  Invoice 3263357

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
|  |  |  | (1.3); emails regarding notice of filing, schedule amendments, first day and related issues (1.4); review and prepare service pleadings and documents regarding service regarding hearing (1.1); |
| 03/21/06 | B. Jennings | 6.40 | Review and revise various first day orders (2.4); emails and conferences regarding case status and outstanding issues (.5); prepare pleadings and documents in connection with first day hearings (1.2); travel from Seattle to Reno (1/2 time) (2.3); |
| 03/22/06 | A. Smith | 6.90 | Prepare for first day hearings (.8); conferences with LFG regarding same (.6); attend hearing (2.0); follow up with orders (1.2); return travel to Seattle (1/2 time) (2.3); |
| 03/22/06 | A. Kovacs-Szabo | 7.80 | Telephone conferences with and emails to unsecured creditors regarding first day pleadings (1.7); telephone conferences with N. Guariglia, clerk of the Bankruptcy Court and others regarding service of first day pleadings, deficiency notice for all debtors, hearing issues (.8); emails regarding billing procedures, service issues, post-petition invoice issues and related concerns (1.3); review court docket, emails and forward complete petitions, schedules and related documents to client (.7); review and forward pleadings regarding adequate protection, review and revise service matrices regarding same (.8); emails and telephone conferences with client regarding notice parties, unsecured creditors, Bank of America account issue and related concerns (.4); prepare outline regarding service of pleadings, filing letter and related documents (.9); create master emails regarding service of pleadings and related documents (.6); review schedules regarding creditor inquiry, landlord/lease amendment and telephone conference regarding same (.6); |
| 03/22/06 | B. Jennings | 12.30 | Meeting with M. Toland and S. Greenstein in preparation for hearings on first day motions (2.6); conference with M. Toland, S. Greenstein and counsel to secured lenders regarding first day hearing issues (1.3); attend hearings at U.S. Bankruptcy Court regarding first day motions (2.9); revise orders approving first day motions (1.5); conference with M. Toland, S. Greenstein regarding action items resulting from first day hearings (1.2); travel from Reno to Seattle (1/2 time) (2.8); |
| 03/23/06 | A. Smith | 1.90 | Telephone conferences with L. Wickle regarding claims agent issues (.4); prepare notice of first day orders (.6); deal with service regarding same (.2); telephone conference with J. Frieson regarding corporate communications (.2); conferences with M. Toland regarding various open questions (.5); |
| 03/23/06 | A. Kovacs-Szabo | 7.10 | Voicemails and emails regarding first day motions, hearing outcome, noticing and service issues, requests for information (1.2); conference regarding noticing and claims agent, exclusivity and lease/executory contract deadlines (.3); review local rules regarding noticing issues, deadlines (.5); review and respond to creditor inquiries (.8); emails and telephone conferences with Debtor's IP counsel regarding employment (.3); prepare and forward pleadings and billing procedures memorandum to IP counsel (.6); draft certificate regarding service of pleadings and documents and conferences regarding same (.7); telephone conferences with S. Weholt regarding noticing issue (.4); review and prepare amendments to schedules regarding notice parties (1.3); review court docket regarding first day orders, telephone conference with court clerk regarding deficiency notice (.4); draft matrix regarding issues for debtors regarding schedules, U.S. Trustee reporting requirements and related issues (.4); telephone conference and emails with counsel for Perry Ellis regarding notice question and player list (.2); |
| 03/23/06 | B. Jennings | 3.30 | Revise order approving joint administration of bankruptcy cases (.3); revise order approving continued use of bank accounts and cash management systems (.3); revise order approving customer practices (.3); revise order approving payment to critical vendors (.4); telephone conferences with W. Oliver of Bank of America regarding "un-freezing" of |

60845-0001                              April 24, 2006                        Invoice 3263357

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| | | | bank accounts (.4); correspondence with Bank of America and to London Fog regarding bank accounts (.3); emails and telephone conferences with local counsel regarding filing of orders (.6); email with clients regarding motion for assurances to utilities (.2); conference regarding case status (.5); |
| 03/24/06 | J. Moon | 2.00 | Draft pleadings for retention of Cowan Liebowitz (1.0); draft pleadings regarding retention of BDO Seidman (1.0); |
| 03/24/06 | A. Smith | 2.20 | Telephone conferences with noticing agent firms (.5); review initial proposals (.3); conference regarding tasks, status, responsibilities (.7); prepare updated task list (.2); conference regarding service, proofs of service (.2); emails regarding staffing of hearings (.3); |
| 03/24/06 | A. Kovacs-Szabo | 5.50 | Email regarding outstanding schedule and related issues (.3); review schedules and related documents regarding amendments (.8); emails and telephone conference with S. Weholt regarding Section 341 meeting notice mailing and bid proposal (.3); emails regarding noticing and claims agent (.2); telephone conference with creditor regarding case filing, status, schedules (.4); conferences regarding claims bar date and professional employment applications and related issues (.4) conference regarding hearing, pending issues, utilities motion, other professional employment, and bar date pleadings, timing issues (.8); review precedents regarding claims bar date pleadings and forward same (.5); research claims and noticing agents, and forward information regarding same (.6); conference regarding employment of other professionals, review precedent regarding same (.5); draft combined debtor claim form (.7); |
| 03/24/06 | B. Jennings | 1.90 | Email with N. Guariglia regarding filing of orders (.2); conference regarding case status (.3); revise utility motion to incorporate information from client (.4); telephone conference with K. Nelson regarding contract with KWI (.2); review contract between KWI and debtors regarding information services (.4); email to information systems supplier regarding purported termination of services (.4); |
| 03/25/06 | A. Smith | 0.50 | Emails with S. Harris, others regarding IDI, other U.S. Trustee issues (.2); prepare ongoing task list (.3); |
| 03/27/06 | J. Moon | 2.60 | Draft Knudson motion for monthly payment of fees and expenses (1.0); draft retention application regarding Liebowitz (.6); draft retention application regarding Seidman (.6); draft retention application regarding Alvarez (.4); |
| 03/27/06 | A. Smith | 0.60 | Telephone conferences and review claims agent materials; |
| 03/27/06 | A. Kovacs-Szabo | 3.20 | Review and revise combined debtors claim form (.4); review voicemails and emails regarding U.S. Trustee forms, employment forms and related issue (.2); review pleadings regarding case precedents for Knudson motion regarding professionals employment and forward same (1.1); review local U.S. Trustee forms and requirements (.4); prepare email regarding same and forward link to forms (.2); emails and telephone conferences with N. Guariglia and B. Schullik regarding Section 341 notice, claim form, noticing agent and related issues (.5); review creditor matrices, prepare text files and forward same for mailing of Section 341 Notice (.4); |
| 03/27/06 | B. Jennings | 5.40 | Conference regarding open issues (.5); email and conference regarding Levi Strauss position on assignment of licenses (.2); review, revise and prepare for filing proposed orders regarding bid procedures, DIP financing and use of cash collateral (1.5); conference regarding automatic stay research (.3); telephone conferences and emails with N. Guariglia regarding filing orders (.4); emails regarding creditor committee formation (.2); telephone conference with A. Brilliant regarding signing orders (.2); research regarding fiduciary duties of committee members and conference regarding same (2.1); |
| 03/28/06 | J. Moon | 8.10 | Research Creditors' Committee fiduciary duties (5.0); draft memorandum |

60845-0001                              April 24, 2006                        Invoice 3263357

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| | | | regarding same owed to debtor and other constituencies (3.1); |
| 03/28/06 | A. Smith | 0.60 | Deal with 341 notice, claim form (.5); conferences regarding same (.1); |
| 03/28/06 | A. Kovacs-Szabo | 4.90 | Emails regarding Section 341 notice, claim form (.4); telephone conferences with B. Schullik regarding Section 341 notice and claim form and mailing of same (.3); telephone conferences with BestCase and Sound Legal Copy regarding formatting issues for creditor addresses (.7); review, revise and export data for matrices and mailing labels and forward same (1.3); telephone conferences with Bankruptcy Court clerk regarding claim form, Section 341 notice correction and related issues (.6); prepare Section 341 notice and claims mailing packet for copy service (.6); emails regarding creditor address updates and corrections (.3); revise notice matrices regarding same and conference regarding same (.7); |
| 03/28/06 | B. Jennings | 1.80 | Conference regarding status, outstanding issues (.3); review and revise utility motion and declaration (1.2); review and comment on J. Moon memorandum regarding creditor committee (.3); |
| 03/29/06 | A. Kovacs-Szabo | 4.00 | Review research regarding additional notice parties and add same to creditor matrices (.8); telephone conference regarding prepetition invoices and related issues (.2); review schedule and prepare outline regarding upcoming deadlines and related tasks (.3); review creditor inquiries, respond to same (.5); emails regarding schedule amendments, missing or incomplete creditor information for notice mailing (.2); telephone conferences and conferences with Sound Legal Copy regarding notice mailing, address revisions and related issues (.4); review and update schedules regarding amendments (.6); conferences regarding notice mailing, preparation of additional notice matrix, returned notices and related issues (.3); review and revise data regarding notice matrix (.7); |
| 03/29/06 | B. Jennings | 1.10 | Prepare notice of first day motions and prepare for filing (.5); review objection of Levi Strauss and committee (.6); |
| 03/30/06 | J. Moon | 5.00 | Draft Knudson motion regarding payment of professionals on a monthly basis (3.7); draft motion regarding retention of BDO Seidmen (1.3); |
| 03/30/06 | A. Smith | 0.70 | Team meeting regarding status, work going forward; |
| 03/30/06 | A. Kovacs-Szabo | 2.00 | Emails regarding sale motion, schedule amendments, invoice questions, Section 341 notice mailing and related issues (.3); review and revise outline regarding upcoming deadlines and tasks (.5); review notice matrix amendments and compare to outline of governmental notice parties (.9); review court docket regarding orders (.2); emails regarding secured creditor information (.1); |
| 03/30/06 | B. Jennings | 1.20 | Conference regarding results of hearing, outstanding issues (.7); review and revise Knudson motion (.5); |
| 03/31/06 | J. Moon | 0.90 | Research continuing liability of directors who have made personal guarantees on behalf of entities that have subsequently filed under the bankruptcy code; |
| 03/31/06 | A. Smith | 0.70 | Telephone conferences with claims agents (.3); emails regarding 341 and schedule amendments (.4); |
| 03/31/06 | A. Kovacs-Szabo | 1.90 | Emails regarding notice address corrections and amend schedules regarding same (.5); voicemails and emails regarding prepetition invoices, spring line design, photo shoots and rights to photos (.3); telephone conference with K. Nelson regarding creditor invoices, demands for payment, schedule amendment timing, bar date and Section 341 meeting (.7); emails regarding Chapter 11 filing consents (.3); email regarding schedule amendments and upcoming deadlines (.1); |
| 03/31/06 | B. Jennings | 0.10 | Telephone conference with U.S. Trustee; |

                                        Total For Services      $43,589.00

60845-0001                                       April 24, 2006                                    Invoice 3263357

**Disbursements and Other Charges**

| | |
|---|---:|
| Photocopying and printing expenses | 2,376.86 |
| Long distance telephone charges | 84.80 |
| Office services/special handling - copy center | 427.70 |
| Special postage | 100.65 |
| Professional services - | |
|     CSC, 3/7 | 115.50 |
|     CSC, 3/8 | 148.50 |
|     CSC, 3/8 | 115.50 |
|     CSC, 3/8 | 71.50 |
|     CSC, 3/8 | 89.50 |
|     CSC, 3/9 | 304.50 |
|     CSC, 3/9 | 322.50 |
|     CSC, 3/14 | 399.75 |
|     CSC, 3/14 | 552.10 |
|     CSC, 3/15 | 293.75 |
|     CSC, 3/16 | 437.10 |
| Travel expense - | |
|     B. Jennings, Reno, 3/21-22 | 88.28 |
| Travel expense meals - | |
|     b. Jennings, Reno, 3/21-22 | 14.81 |

|  |  |  |
|---|---|---:|
| | Disbursement and Other Charges Total | $5,943.30 |
| | **Total This Invoice** | **$49,532.30** |

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER:  60845-0003

April 24, 2006

Invoice  3277771

PTI Holding
Attn:  Marv Toland
1700 Westlake Ave N #200
Seattle, WA  98109

## INVOICE

**FOR SERVICES THROUGH 03/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $86,815.00 |
| Disbursements and Other Charges | $239.88 |
| **TOTAL DUE THIS INVOICE** | **$87,054.88** |

### Asset Disposition

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/20/06 | A. Smith | 5.20 | Conferences with Perry Ellis regarding purchase agreement (1.7); review drafts of same (1.0); draft and revise sale motion (2.0); revise orders (.5); |
| 03/20/06 | G. Runnfeldt | 12.40 | Work on asset purchase agreement (10.0); telephone conferences and email regarding same (2.4); |
| 03/20/06 | B. Jennings | 1.70 | Review and comment on motion for approval of sale and bid procedures (.5); conference regarding sale and bid procedure motion (.2); review and comment on declarations in support of sale procedures (.3); emails and telephone conferences with Avalon representatives regarding application to employ Avalon (.4); conference regarding DIP Financing motion and order (.3); |
| 03/21/06 | A. Smith | 3.90 | Conferences and emails with B. Gart, M. Toland and others regarding amendments to Perry Ellis agreement (3.3); begin preparations for hearing (.6); |
| 03/21/06 | G. Runnfeldt | 8.30 | Issues regarding escrow, amendment to asset purchase agreement; |
| 03/21/06 | B. Jennings | 0.80 | Collect motions and send to counsel for lenders and Perry Ellis regarding first day motions and proposed orders; |
| 03/22/06 | A. Smith | 4.60 | Prepare for bid procedures hearing (1.3); conferences with LFG regarding same (1.5); conference with lenders regarding same (.5); attend hearing (1.0); follow up with orders (.3); |
| 03/22/06 | G. Runnfeldt | 7.30 | Conferences and email regarding asset purchase agreement amendment and escrow agreement (.9); revise documents (6.4); |
| 03/23/06 | A. Smith | 4.80 | Conferences with prospective purchasers (1.0); conferences with M. Toland regarding PEI amendments (1.4); consider effect on bidding process and service (.4); conferences and emails with S. Anwar, Avalon Group regarding service on bidders (.6); follow up regarding same (.4); conferences and emails with players regarding form of bid order (.4); revise and circulate same (.3); conferences with M. Toland, Avalon Group regarding bidder qualifications (.3); |
| 03/23/06 | G. Runnfeldt | 5.20 | Work on APA issues; |
| 03/23/06 | B. Jennings | 0.60 | Telephone conferences with attorneys for potential bidders regarding bid process and sale information; |
| 03/24/06 | A. Smith | 3.80 | Conferences with interested over-bidders (1.3); conferences and emails |

**EXHIBIT B**

60845-0003                          April 24, 2006                          Invoice 3277771

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| | | | with J. Schmidt, M. Toland and others regarding PEI changes and effect on licenses (1.4); conferences with team regarding bid procedures, effect on bidding process and notices to overbid group (1.1); |
| 03/24/06 | G. Runnfeldt | 8.20 | Telephone conferences with client, J. Schmidt and K. Uhlendorf regarding IP issues (3.2); work on asset purchase agreement amendments (5.0); |
| 03/24/06 | B. Jennings | 0.90 | Telephone conference regarding information to bidders (.2); telephone conference with M. Toland regarding same (.2); telephone conference with K. Workman, potential bidders' attorney, regarding information requested (.3); telephone conference with G. Kleiner, attorney for Levi Strauss, regarding assumption and assignment of licenses (.2); |
| 03/25/06 | A. Smith | 5.20 | Revise sale order (.9); emails with B. Gart regarding same (.2); prepare packages for licensees and deal with service (1.4); telephone conferences with K. Uhlendorf regarding same (.2); conferences with M. Toland regarding amendment license issues (1.6); revise draft amendment (.2); telephone conferences with J. Schmidt regarding license issues (.2); emails with S. Anwar and others regarding Moounstone issues (.5); |
| 03/25/06 | G. Runnfeldt | 11.30 | Work on second amendment (7.9); notice to licensees (3.4); |
| 03/25/06 | B. Jennings | 0.40 | Gather and email information to prospective bidder; |
| 03/26/06 | A. Smith | 1.50 | Telephone conference with M. Toland regarding Black Dot, agreement structure and effect on purchase price (.4); review documents and emails regarding same (.3); telephone conferences with K. Uhlendorf regarding service on licensees (.4); emails regarding latest IP issues (.3); email team regarding remaining service issues (.1); |
| 03/27/06 | A. Smith | 8.90 | Telephone conferences and emails regarding service of licensee (.4); conferences with M. Toland regarding PEI rights and breakup fee (.5); negotiations regarding PEI agreement and amendments (4.5); conferences with overbidders and counsel regarding changes (1.6); respond to overbidder requests (1.1); research regarding 365(n) (.8); |
| 03/27/06 | G. Runnfeldt | 11.40 | Issues regarding second amendment (6.0); correspondence with potential bidder's counsel (2.4); diligence issues (3.0); |
| 03/27/06 | B. Jennings | 0.20 | Telephone conference with S. Harris regarding contact with potential bidders; |
| 03/28/06 | A. Smith | 12.30 | Conference with B. Gart regarding sale amendments and F&F (.7); conferences with M. Toland regarding same (1.8); review revisions regarding over-bidders (1.0); conferences with M. Toland regarding same (.8); trace deposits (.5); board call regarding approval (1.0); travel to Reno (1/2 time) (2.2); conference with clients regarding sale preparation and strategy (1.0); prepare for hearing (1.4); prepare notice to court of sale status (1.1); arrange service of same (.2); emails and conferences regarding Dockers issues (.3); review oppositions (.3); |
| 03/28/06 | J. Kaplan | 0.30 | Emails regarding Nevada Bankruptcy Court case law regarding assumption and assignment of trademark licenses; |
| 03/28/06 | G. Runnfeldt | 12.40 | Work on third amendment (6.0); correspondence regarding same (.8); review competing bids (3.0); draft closing documents (2.0); prepare for closing (.6); |
| 03/28/06 | B. Jennings | 2.20 | Telephone conferences with potential bidders (1.5); emails to potential bidders regarding final APA and bid procedures (.5); review bid status report (.2); |
| 03/28/06 | B. Jennings | 1.80 | Research regarding non-exclusive license agreements and assignability; |
| 03/29/06 | A. Smith | 14.20 | Prepare for hearing (.8); conference with clients and Ray (1.0); conferences at Harris office with clients, Columbia, DDJ and Wachovia (3.0); attend hearing and conferences (4.2); follow-up conferences with Columbia (.6); draft short form order (.5); conferences with client regarding closing follow-up (1.0); draft long form order (.7); service of orders (.3); return travel from Reno (1/2 time) (2.1); |
| 03/29/06 | G. Runnfeldt | 10.10 | Email and telephone conferences regarding auction (3.8); prepare new |

60845-0003                            April 24, 2006                            Invoice  3277771

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|-------------------------|
| | | | redline of buyer's APA (3.9); revise closing documents and prepare for closing (2.4); |
| 03/29/06 | B. Jennings | 0.80 | Telephone conferences with J. Litman regarding terms of asset purchase agreement and bid procedures (.5); conference regarding bidder questions (.3); |
| 03/30/06 | A. Smith | 4.60 | Conferences with D. Levant, M. Toland and others regarding Columbia agreement (3.0); clean up and circulate long form sale order (.8); conferences with N. Guariglia, S. Harris, D. Levant and others regarding short form order, entry (.5); conference with Columbia representatives regarding closing (.3); |
| 03/30/06 | G. Runnfeldt | 9.40 | Email and telephone conferences regarding closing matters (3.9); deal with TSA issues (3.0); finalize all documents and procedures for closing (2.5); |
| 03/31/06 | A. Smith | 3.30 | Finalize long form order (.8); conferences and emails with players regarding same (.5); conferences with D. Levant, M. Toland and others regarding TSA and other closing issues (1.1); notices to team and to players regarding closing (.3); telephone conferences and emails regarding Levi's cure (.3); conferences regarding PEI conduct (.3); |
| 03/31/06 | A. Smith | 0.20 | Telephone conference with J. Schmidt regarding Dockers sublicense; |
| 03/31/06 | G. Runnfeldt | 6.40 | Work on closing (2.6); draft London Fog Group board of director minutes and PTI asset sale consent (3.8); |

Total For Services          $86,815.00

**Disbursements and Other Charges**

| | |
|--|--|
| Photocopying and printing expenses | 1.90 |
| Long distance telephone charges | 136.05 |
| Computer research | 101.93 |

Disbursement and Other Charges Total          $239.88

**Total This Invoice          $87,054.88**

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:   60845-0004

April 24, 2006

Invoice  3263372

PTI Holding
Attn: Marv Toland
1700 Westlake Ave N #200
Seattle, WA  98109

## INVOICE

**FOR SERVICES THROUGH 03/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $6,362.00 |
| Disbursements and Other Charges | $8,791.18 |
| **TOTAL DUE THIS INVOICE** | **$15,153.18** |

### Business Operations

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/21/06 | A. Smith | 0.40 | Conferences and emails with K. Nelson regarding checks and bank accounts; |
| 03/21/06 | S. Jensen | 8.00 | Draft and revise H-1B Change of Status forms and letters for R. Berthold (2.0); draft and revise H-1B Change of Status forms and letters for, A. Meyer (2.0); draft and revise H-1B Change of Status forms and letters for S. Fainburg (2.0); draft and revise H-1B Change of Status forms and letters for S. Vernon (2.0); |
| 03/22/06 | G. McCall | 2.20 | Review and revise draft letters in support of H-1B visa petition for H-1B visa beneficiaries; |
| 03/22/06 | S. Jensen | 4.70 | Revise and finalize H-1B Letter of Support and transmittal letter for S. Fainburg (1.0); revise and finalize H-1B Letter of Support and transmittal letter for S. Vernon (1.2); revise and finalize Letter of Support and transmittal letter for R. Berthold (1.4); revise and finalize H-1B Letter of Support and transmittal letter for A. Meyer (1.1); |
| 03/23/06 | A. Smith | 0.30 | Conferences regarding Bank of America cash management and stay violation; |
| 03/23/06 | G. McCall | 0.30 | Review materials for H-1B visa petition; |
| 03/23/06 | C. Charles | 2.10 | Conference regarding H-1B petitions for four foreign workers (.3); prepare LCA packages for same (1.3); draft letter to J. King transmitting same with instructions (.5); |
| 03/24/06 | G. McCall | 2.20 | Revise letters and forms for H-1B visa petitions (2.0); telephone conference with J. King regarding same (.2); |
| 03/25/06 | G. McCall | 0.50 | Revise H-1B support letters; |
| 03/27/06 | G. McCall | 0.60 | Finalize draft letters in support of H-1B visa petitions (.4); draft email to J. King regarding same (.2); |
| 03/28/06 | G. McCall | 0.40 | Conference regarding LCA applications for visa beneficiaries; |
| 03/29/06 | C. Charles | 0.30 | Conference regarding H-1B petitions; |
| 03/31/06 | G. McCall | 0.60 | Review applications for submission; |
| 03/31/06 | C. Charles | 2.10 | Assemble H-1B petition packages (1.3); review and revise same (.3); review and revise letters to CIS (.3); conference regarding educational materials (.1); prepare email to V. Brehm regarding same (.1); |

**EXHIBIT B**

60845-0004                                 April 24, 2006                              Invoice  3263372

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 03/31/06 | S. Jensen | 3.00 | Revise H-1B Change of Status forms and letters for R. Berthold (.5); revise H-1B Change of Status forms and letters for A. Meyer (1.0); revise H-1B Change of Status forms and letters for S. Fainburg (.5); revise H-1B Change of Status forms and letters for S. Vernon (1.0); |

|  |  |  | Total For Services | $6,362.00 |

## Disbursements and Other Charges

| | |
|---|---|
| Photocopying and printing expenses | 30.20 |
| Long distance telephone charges | 0.98 |
| Filing fees | 5,260.00 |
| Filing fees - master business application | 1,500.00 |
| Other - | |
| Fraud Prevention and Detection  fee for Raimund Berthold H1B petition | 500.00 |
| Fraud Prevention and Detection fee for Raimund Berthold H1B petition | 500.00 |
| Fraud Prevention and Detection fee for Stephen Vernon H1B petition | 500.00 |
| Fraud Prevention and Detection fee for Alexa Meyer H1B petition | 500.00 |

|  |  |
|---|---|
| Disbursement and Other Charges Total | $8,791.18 |
| Total This Invoice | $15,153.18 |

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

| | |
|---|---|
| **ACCOUNT NUMBER:** | 60845-0005 |

April 24, 2006

Invoice  3263376

PTI Holding
Attn:  Marv Toland
1700 Westlake Ave N #200
Seattle, WA  98109

## INVOICE

**FOR SERVICES THROUGH 03/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $223.50 |
| Disbursements and Other Charges | $1.38 |
| **TOTAL DUE THIS INVOICE** | **$224.88** |

### Claims Admin & Objections

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/28/06 | A. Smith | 0.10 | Conference regarding B & W; |
| 03/31/06 | A. Kovacs-Szabo | 1.10 | Voicemail from employee regarding claims inquiry (.1); telephone conferences with K. Nelson regarding same (.2); email regarding employee claims inquiries (.4) telephone conference with employee regarding claims packet (.4); |

| | |
|---|---|
| Total For Services | $223.50 |

### Disbursements and Other Charges

| | | |
|---|---|---|
| Long distance telephone charges | 1.38 | |
| | Disbursement and Other Charges Total | $1.38 |
| | **Total This Invoice** | **$224.88** |

**EXHIBIT B**

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

| | |
|---|---|
| **ACCOUNT NUMBER:** | 60845-0006 |

April 24, 2006

Invoice 3263379

PTI Holding
Attn: Marv Toland
1700 Westlake Ave N #200
Seattle, WA 98109

## INVOICE

**FOR SERVICES THROUGH 03/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $4,359.85 |
| Disbursements and Other Charges | $0.20 |
| **TOTAL DUE THIS INVOICE** | **$4,360.05** |

**Employee Benefits-Severance**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/23/06 | J. Aslin | 0.50 | Review messages regarding the Company's situation with the OFCCP (.1); conference regarding same (.4); |
| 03/23/06 | J. Sanders | 0.70 | Telephone conference with C. Roberts regarding two potential terminations (.2); review OFCCP materials (.4); telephone conferences with C. Roberts regarding same (.1); |
| 03/24/06 | J. Aslin | 0.60 | Review memorandum (.2); conference regarding the executive order issue (.4); |
| 03/24/06 | A. Smith | 0.40 | Review and respond to M. Toland email regarding success bonus issues, etc.; |
| 03/24/06 | A. Moriarty | 0.90 | Review background regarding OFCCP audit in bankruptcy (.2); conference regarding same (.3); telephone conference with C. Roberts regarding same (.3); report to M. Toland regarding same (.1); |
| 03/27/06 | J. Moon | 1.40 | Research scope of automatic stay regarding OFCCP audit; |
| 03/27/06 | A. Smith | 0.30 | Conference with M. Toland regarding employee issues; |
| 03/27/06 | A. Moriarty | 1.75 | Conference regarding status of bankruptcy case and applicability of stay, and message to client (.4); review case law and authorities regarding applicability of stay to government administrative proceedings (1.35); |
| 03/28/06 | A. Moriarty | 0.90 | Draft letter to OFCCP regarding audit notice (.7); telephone conference with former agency representative regarding strategy (.2); |
| 03/29/06 | J. Aslin | 0.20 | Review draft letter (.1); messages regarding same (.1); |
| 03/30/06 | J. Aslin | 0.30 | Conference regarding OFCCP's proposed audit under Executive Order 11246; |
| 03/30/06 | A. Moriarty | 0.30 | Review and respond to message from client regarding federal purchase orders (.1); conference regarding contract issues (.2); |
| 03/31/06 | J. Aslin | 0.40 | Review draft letter to OFCCP regarding jurisdiction (.3); conference regarding possible revisions to letter to OFCCP (.1); |
| 03/31/06 | A. Moriarty | 3.10 | Telephone conferences and exchange messages with client regarding agency jurisdiction (.9); research regarding agency jurisdiction (.6); draft and revise letter to agency (1.6); |

| | |
|---|---|
| Total For Services | $4,359.85 |

**EXHIBIT B**

60845-0006                          April 24, 2006                          Invoice  3263379

## Disbursements and Other Charges

Long distance telephone charges                                    0.20

Disbursement and Other Charges Total              $0.20

**Total This Invoice**          **$4,360.05**

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER: 60845-0007

April 24, 2006

Invoice 3263382

PTI Holding
Attn: Marv Toland
1700 Westlake Ave N #200
Seattle, WA 98109

## INVOICE

**FOR SERVICES THROUGH 03/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $1,055.00 |
| Disbursements and Other Charges | $0.39 |
| **TOTAL DUE THIS INVOICE** | **$1,055.39** |

### Fee/Employment Applications

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/21/06 | A. Smith | 0.60 | Draft Perkins Coie retention order; |
| 03/24/06 | A. Smith | 0.40 | Conferences and emails with BDO, J. Schmidt and P. Traub regarding retention of their firms; |
| 03/27/06 | B. Jennings | 0.60 | Revise order regarding retention of Avalon; |
| 03/30/06 | A. Smith | 0.60 | Conferences and emails with P. Traub and J. Schmidt regarding retention of their firms (.4); conference regarding same, and BDO Seidman (.2); |
| 03/31/06 | A. Kovacs-Szabo | 0.40 | Telephone conference and emails with J. Schmidt regarding Cowan Liebowitz employment (.1); email and conference regarding same (.3); |

| | |
|---|---|
| Total For Services | $1,055.00 |

### Disbursements and Other Charges

| | | |
|---|---|---|
| Long distance telephone charges | 0.39 | |
| Disbursement and Other Charges Total | | $0.39 |
| **Total This Invoice** | | **$1,055.39** |

EXHIBIT B

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    60845-0009

April 24, 2006

Invoice 3263385

PTI Holding
Attn: Marv Toland
1700 Westlake Ave N #200
Seattle, WA 98109

## INVOICE

FOR SERVICES THROUGH 03/31/06, IN CONNECTION WITH THE FOLLOWING:

| | |
|---|---|
| Total Services | $18,150.50 |
| Disbursements and Other Charges | $7.37 |
| **TOTAL DUE THIS INVOICE** | **$18,157.87** |

## Financing

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/20/06 | A. Smith | 3.40 | Conferences with Wachovia and DDJ regarding financing orders and final DIP agreement (2.4); review and comment on sale motion (1.0); |
| 03/20/06 | G. Fogg | 8.10 | Negotiation and revisions to DIP financing documents; |
| 03/20/06 | B. Jennings | 2.70 | Draft motion for approval of DIP financing; |
| 03/21/06 | A. Smith | 1.20 | Review and revise adequate protection order (.5); conferences with D. Fiorillo and others regarding same (.7); |
| 03/21/06 | G. Fogg | 2.50 | Revise DIP financing documents; |
| 03/21/06 | B. Jennings | 6.60 | Review and revise motion for approval of DIP financing (3.1); draft motion for approval of use of cash collateral and granting of adequate protection (2.2); email with DDJ counsel and Wachovia counsel regarding motion for approval of use of cash collateral and granting of adequate protection (.3); email with DDJ counsel and Wachovia counsel regarding DIP financing motion and proposed order (.3); review emails and documents relating to DIP financing terms (.4); conference regarding DIP motion (.3); |
| 03/22/06 | A. Smith | 3.30 | Prepare for hearing regarding DIP and cash collateral (.7); conferences with LFG regarding same (.4); conference with lenders regarding same (1.0); attend hearing (1.0); follow up with orders (.2); |
| 03/22/06 | G. Fogg | 0.20 | Telephone conference regarding provision in DIP financing agreement; |
| 03/22/06 | B. Jennings | 2.00 | Email with counsel for Wachovia and DDJ regarding amendments to cash collateral order (.5); revise cash collateral order and motion to reflect comments of secured lenders (1.2); arrange for filing of cash collateral motion and order (.3); |
| 03/23/06 | A. Smith | 1.30 | Conferences with players regarding form of order (.3); follow up regarding same (.2); draft and revise same (.8); |
| 03/23/06 | B. Jennings | 1.90 | Email with secured lenders regarding DIP and cash collateral orders (.5); review revised DIP financing order and propose comments to secured lenders (1.4); |
| 03/24/06 | A. Smith | 1.10 | Review DIP financing order (.4); conference regarding same (.1); telephone conference with D. Fiorillo regarding same (.3); follow up with other players (.3); |
| 03/24/06 | B. Jennings | 4.30 | Arrange for execution of certain DIP financing documents (.3); revise adequate protection order and send to counsel for secured lenders (.5); |

**EXHIBIT B**

60845-0009                        April 24, 2006                        Invoice 3263385

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
|      |                   |       | review and revise DIP financing order and email to secured lenders (1.7); conference regarding same (.3); emails and telephone conferences with D. Fiorrelo regarding revisions to DIP financing orders (.3); emails and telephone conferences with secured lenders regarding revised DIP financing order and adequate protection order (1.2); |
| 03/27/06 | A. Smith | 0.40 | Emails and conference regarding order and payments; |
| 03/27/06 | G. Fogg | 0.40 | Review cash receipts variance requirements set forth in Section 5.3 of Ratification Agreement; |
| 03/27/06 | B. Jennings | 1.20 | Emails and telephone conferences with C. Druehl regarding revised orders (.5); telephone conferences and emails with D. Fiorilla regarding revised DIP financing order (.5); telephone conference with A. Brilliant regarding first day orders (.2); |
| 03/28/06 | B. Jennings | 1.00 | Conference regarding DIP financing issues (.2); review DIP financing documents and circulate for signatures (.8); |
| 03/30/06 | B. Jennings | 0.20 | Email and telephone conference with D. Fiorillo regarding hearing results; |
| 03/31/06 | A. Smith | 0.30 | Conferences and emails with D. Fiorillo regarding form of order; |

Total For Services          $18,150.50

**Disbursements and Other Charges**

Long distance telephone charges                                7.37

Disbursement and Other Charges Total          $7.37

Total This Invoice          $18,157.87

# Perkins Coie

Anchorage · Beijing · Bellevue · Boise · Chicago · Denver · Los Angeles · Menlo Park · Olympia · Phoenix · Portland · San Francisco · Seattle · Washington, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:   60845-0010

April 24, 2006

Invoice 3263388

PTI Holding
Attn: Marv Toland
1700 Westlake Ave N #200
Seattle, WA 98109

## INVOICE

**FOR SERVICES THROUGH 03/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $391.00 |
| Disbursements and Other Charges | $247.63 |
| **TOTAL DUE THIS INVOICE** | **$638.63** |

### Litigation - General

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 03/24/06 | A. Smith | 0.20 | Conference regarding notice of bankruptcy and automatic stay; |
| 03/30/06 | A. Kovacs-Szabo | 0.90 | Emails regarding notice of bankruptcy (.1); review precedents and forward same (.3); revise draft notice of bankruptcy and petitions and forward same (.5); |
| 03/30/06 | W. Rava | 0.40 | Exchange email regarding status of ODI litigation (.2); review notices of bankruptcy (.2); |

| | | |
|---|---|---|
| Total For Services | | $391.00 |

### Disbursements and Other Charges

| | |
|---|---|
| Messenger charges | 14.00 |
| Computer research | 233.63 |

| | |
|---|---|
| Disbursement and Other Charges Total | $247.63 |
| **Total This Invoice** | **$638.63** |

EXHIBIT B

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER:  60845-0011

April 24, 2006

Invoice  3263390

PTI Holding
Attn:  Marv Toland
1700 Westlake Ave N #200
Seattle, WA  98109

## INVOICE

**FOR SERVICES THROUGH 03/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---:|
| Total Services | $3,445.50 |
| Disbursements and Other Charges | $0.34 |
| **TOTAL DUE THIS INVOICE** | **$3,445.84** |

**Creditor Communications**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/21/06 | A. Smith | 0.30 | Review facts regarding critical vendors (.1); revise spreadsheet regarding same (.2); |
| 03/23/06 | A. Smith | 0.60 | Telephone conferences with creditors regarding status and timing (.3); work on notice to critical vendors (.3); |
| 03/23/06 | B. Jennings | 0.70 | Telephone conference with attorney for creditor (.2); draft letter for client to send to critical vendors (.5); |
| 03/24/06 | A. Smith | 0.30 | Telephone conference with J. Garfinkle regarding status and sale (.2); email documents (.1); |
| 03/27/06 | A. Smith | 1.60 | Conference with J. Garfinkle regarding creditor committee formation (.3); conferences with M. Toland, S. Greenstein and L. Davey regarding same (.4); research and conferences regarding same (.6); emails to clients regarding same (.3); |
| 03/27/06 | B. Jennings | 0.90 | Telephone conference with KWI representative regarding executory contract (.3); emails to client regarding status of KWI contract (.3); telephone conference with K. Workman regarding sale procedures and treatment of licenses (.3); |
| 03/29/06 | A. Smith | 0.30 | Conference with M. Toland, S. Springel and S. Greenstein regarding B & W; |
| 03/30/06 | A. Kovacs-Szabo | 0.40 | Telephone conferences with creditors regarding notice (.2); review schedules regarding same (.2); |
| 03/30/06 | B. Jennings | 1.10 | Email to KWI representative regarding executory contract for information services (.4); telephone conference with attorney for Broome and Wellington regarding same (.4); email with attorney for Levi Strauss regarding proposed sale order (.2); telephone conference with attorney for landlord regarding DIP financing order (.1); |
| 03/31/06 | A. Smith | 1.50 | Telephone conference with K. Nelson regarding list of claimants, issues and approach (.3); telephone conference with creditor regarding coat return (.1); conference regarding other creditors and upcoming issues (.3); telephone conference with N. Strozza regarding creditor committee membership (.2); conferences with litigators regarding B & W background (.2); conferences regarding research needed (.4); |
| 03/31/06 | A. Kovacs-Szabo | 0.50 | Review voicemail regarding creditor inquiry and schedules regarding |

**EXHIBIT B**

60845-0011                                    April 24, 2006                              Invoice 3263390

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
|      |                    |       | same (.2); email to client regarding same (.1); telephone conference with creditor regarding same (.2); |
| 03/31/06 | B. Jennings | 0.20 | Telephone conference with utility provider (.1); email regarding same (.1); |

Total For Services           $3,445.50

**Disbursements and Other Charges**

Long distance telephone charges                                        0.34

Disbursement and Other Charges Total           $0.34

Total This Invoice           **$3,445.84**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 60845-0012

April 24, 2006

Invoice  3263392

PTI Holding
Attn: Marv Toland
1700 Westlake Ave N #200
Seattle, WA  98109

---

### INVOICE

---

**FOR SERVICES THROUGH 03/31/06, IN CONNECTION WITH THE FOLLOWING:**

|  |  |
|---|---|
| Total Services | $142.50 |
| Disbursements and Other Charges | $0.00 |
| **TOTAL DUE THIS INVOICE** | **$142.50** |

**Plan & Disclosure Statement**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/29/06 | A. Smith | 0.30 | Conference with M. Toland and S. Springel regarding future strategy; |

|  |  |
|---|---|
| Total For Services | $142.50 |
| **Total This Invoice** | **$142.50** |

**EXHIBIT B**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:  60845-0016

April 24, 2006

Invoice  3263360

PTI Holding
Attn:  Marv Toland
1700 Westlake Ave N #200
Seattle, WA  98109

## INVOICE

**FOR SERVICES THROUGH 03/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $1,505.00 |
| Disbursements and Other Charges | $59.62 |
| **TOTAL DUE THIS INVOICE** | **$1,564.62** |

**General Corporate**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/20/06 | S. Landefeld | 0.70 | Board call (.4); DIP loan issues (.3); |
| 03/23/06 | S. Landefeld | 0.70 | Conference regarding bid for PT; |
| 03/31/06 | A. Smith | 0.30 | Work on with corporate approvals and minutes; |
| 03/31/06 | S. Landefeld | 1.10 | Conference regarding minutes and Monday board call; |

| | |
|---|---|
| Total For Services | $1,505.00 |

**Disbursements and Other Charges**

| | |
|---|---|
| Messenger charges | 21.00 |
| Other - | |
| Corporate Embossing Seal | 38.62 |
| Disbursement and Other Charges Total | $59.62 |
| **Total This Invoice** | **$1,564.62** |

EXHIBIT B

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:   60845-0018

April 24, 2006

Invoice  3263366

PTI Holding
Attn: Marv Toland
1700 Westlake Ave N #200
Seattle, WA  98109

---

INVOICE

FOR SERVICES THROUGH 03/31/06, IN CONNECTION WITH THE FOLLOWING:

|  | |
|---|---|
| Total Services | $1,692.50 |
| Disbursements and Other Charges | $2.45 |
| **TOTAL DUE THIS INVOICE** | **$1,694.95** |

## Landlord/Tenant

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/22/06 | M. Barrett | 0.50 | Telephone conference with F. Sabellico of Prime Outlets, email to B. Rogers and S. Van Winkle summarizing open issues with Lee Outlets license agreement; |
| 03/23/06 | A. Smith | 0.50 | Emails with M. Toland regarding lease rejection and termination of others (.4); conference regarding same (.1); |
| 03/23/06 | M. Barrett | 0.50 | Exchange emails with B. Rogers regarding status of Lee, Massachusetts license agreement (.2); exchange emails with B. Rogers regarding status of Santa Fe lease (.2); conference regarding status of auction and relation to leasing (.1); |
| 03/23/06 | B. Jennings | 0.70 | Review lease termination notices received from client (.3); telephone conference with landlord's attorney regarding Orlando shopping center (.3); review termination notice from landlord for Orlando shopping center (.1); |
| 03/24/06 | M. Barrett | 1.10 | Review Orlando termination letter, discuss same with B. Rogers, report to B. Jennings (.3); exchange emails with M. Toland and B. Rogers regarding Santa Fe lease, telephone conference with B. Rogers regarding same, draft revisions to lease and forward (.8); |
| 03/24/06 | B. Jennings | 0.20 | Telephone conference with attorney for Orlando shopping center regarding vacating premises (.2); |
| 03/28/06 | A. Smith | 0.30 | Telephone conference with I. Gold regarding lease; |

|  | |
|---|---|
| Total For Services | $1,692.50 |

## Disbursements and Other Charges

| | |
|---|---|
| Long distance telephone charges | 2.45 |
| Disbursement and Other Charges Total | $2.45 |
| **Total This Invoice** | **$1,694.95** |

EXHIBIT B