# Exhibit C

AMANDA BEANE is an associate with Perkins Coie LLP practicing in the area of commercial litigation. She graduated from Kalamazoo College, *cum laude*, in 1996, and received her law degree from University of Washington School of Law in 2002. Ms. Beane joined Perkins Coie LLP in 2002 and is admitted to practice in Washington, the Ninth Circuit Court of Appeals and Washington district courts. Her hourly rate is $265.

CYNTHIA CHARLES is a paralegal with Perkins Coie LLP specializing in immigration law. Prior to joining Perkins Coie LLP in 1999, Ms. Charles was a paralegal with Graham & Dunn in Seattle from 1990 to 1999. Her hourly rate is $190.

LINDSAY DICKSTON was a summer associate with Perkins Coie LLP in 2006. She attends Lewis & Clark Law School in Portland, Oregon, and is in the class of 2007.

GEORGE FOGG is a partner with Perkins Coie LLP practicing in the areas of business evolution and financial transactions. Mr. Fogg graduated from Colgate University, with honors, in 1969 and received his law degree from the University of Wisconsin, *cum laude*, in 1973. Prior to joining Perkins Coie LLP in 1995, Mr. Fogg was a partner with Stoel Rives Boley Jones & Grey, Portland, from 1991 to 1995 and with Hughes & Luce, Dallas, from 1988 to 1991. Previously he was of counsel then partner with Vorys, Sater, Seymour and Pease, Cincinnati, from 1984 to 1988, and associate then partner with Paxton & Seasongood in Cincinnati from 1973 to 1984. Mr. Fogg is admitted to practice in Oregon. His hourly rate is $470.

BRIAN JENNINGS is an associate with Perkins Coie LLP practicing in the commercial law and bankruptcy areas. Mr. Jennings graduated from the University of Missouri in 1995, and received his law degree from University of Virginia in 1998. Prior to joining Perkins Coie LLP in 2001, Mr. Jennings was an associate with Polsinelli, Shalton & Welte, P.C., in Kansas City and St. Louis. Mr. Jennings is admitted to practice in Illinois, Missouri and Washington. His hourly rate is $385.

SHAINA JENSEN is an associate with Perkins Coie LLP practicing in the business immigration area. Ms. Jensen graduated from Miami University, with honors, in 2000 and received her law degree from University of Michigan Law School in 2003. Ms. Jensen joined Perkins Coie LLP in 2003. Her hourly rate is $165.

ATTILA KOVACS-SZABO was a paralegal with Perkins Coie LLP in the commercial transactions department until June 2006, specializing in the bankruptcy area. Prior to joining Perkins Coie LLP in 1991, Mr. Kovacs-Szabo was a paralegal with Carney, Badley, Smith & Spellman. His hourly rate was $160.

STEWART LANDEFELD is a partner with Perkins Coie LLP practicing in the areas of corporate governance and mergers and acquisitions. Mr. Landefeld graduated from Yale University in 1976 and received his law degree from the University of Chicago in 1980. Mr. Landefeld joined Perkins Coie LLP in 1980 and is admitted to practice in Washington and the Ninth Circuit Court of Appeals. His hourly rate is $545.

MARY LOU MAAG is a paralegal with Perkins Coie LLP in commercial litigation and bankruptcy. Ms. Maag joined Perkins Coie LLP in 1984. Prior to transferring to commercial

litigation in 2001, she specialized in ethics and conflicts of interest, previously in product liability litigation. Her hourly rate is $145.

GREG MCCALL is a partner with Perkins Coie LLP practicing in the business immigration area. Mr. McCall graduated from Brigham Young University, with honors in International Relations, in 1981, from the Fletcher School of Law and Diplomacy in 1983, and received his law degree from Columbia University School of Law in 1986. Mr. McCall joined Perkins Coie LLP in 1986. He is admitted to practice in Washington, and his hourly rate is $380.

JUSTIN MOON is an associate with Perkins Coie LLP practicing in the commercial law and bankruptcy areas. Mr. Moon graduated from Sarah Lawrence college in 1995 and received his law degree, *magna cum laude*, in 2005 from Seattle University School of Law. Prior to joining Perkins Coie LLP in 2005, Mr. Moon was a Judicial Extern to the Honorable Mary I. Yu of King County Superior Court, State of Washington. Mr. Moon's hourly rate is $220.

ANDREW MORIARTY is a partner with Perkins Coie LLP practicing in the areas of labor and employment litigation and counseling. Mr. Moriarty graduated from Boston University, *magna cum laude*, in 1991 and received his law degree from Georgetown University Law Center, *magna cum laude*, in 1998. Prior to joining Perkins Coie LLP in 1998, Mr. Moriarty was a law clerk at Yablonski, Both & Edelman, Washington, D.C., from 1996 to 1998, and an EEO Investigator at Delany, Siegel, Zorn & Associates, Boston, in 1994. Mr. Moriarty is admitted to practice in Washington, the Ninth Circuit Court of Appeals and the Western District of Washington. His hourly rate is $371.

GAIL RUNNFELDT is a partner with Perkins Coie LLP practicing in the corporate governance and transaction area. Ms. Runnfeldt graduated Phi Beta Kappa from the University of Illinois in 1976 and received her law degree from University of Chicago Law School in 1979. Prior to joining Perkins Coie LLP in 2000, Ms. Runnfeldt was a partner with Karr Tuttle Campbell, P.S. in Seattle. Ms. Runnfeldt is admitted to practice in Washington. Her hourly rate for this matter is $475.

HARRY SCHNEIDER is a partner with Perkins Coie LLP, practicing in the area of general and commercial litigation. Mr. Schneider graduated from the University of California at Berkeley in 1976 and received his law degree from the University of Chicago in 1979. Mr. Schneider joined Perkins Coie LLP in 1979 and is admitted to practice in Washington, United States Supreme Court, the Ninth Circuit Court of Appeals, and various district courts. His hourly rate is $520.

AL SMITH is a partner with Perkins Coie LLP, practicing in the areas of bankruptcy, commercial law and project finance. Mr. Smith graduated *summa cum laude* from Princeton University in 1974, and received his law degree, *cum laude*, in 1979 from The University of Chicago Law School. Prior to joining Perkins Coie LLP as a partner in 1991, Mr. Smith was a partner from 1985 to 1991, and an associate from 1981 to 1985, with Tuttle & Taylor in Los Angeles, and was a Law Clerk to the Honorable Irving Hill of the United States District Court, Central District of California, from 1979 to 1981. Mr. Smith is admitted to practice in California and Washington. His hourly rate is $475.