# Exhibit D

## SCHEDULE OF PROFESSIONALS EMPLOYED

| PROFESSIONAL | FUNCTION |
| --- | --- |
| Asset Disposition Advisors LLC | Asset disposition consultants |
| Avalon Group, Ltd. | Financial consultants |
| BDO Siedman, LLP | Accountants |
| Belding, Harris & Petroni, Ltd. | Local counsel |
| Cowan, Liebowitz & Latman, P.C. | Intellectual property counsel |
| DJM Asset Management, LLC and Hilco Real Estate, LLC | Real estate consultants |
| Houlihan Lokey Howard & Zukin Capital, Inc. | Sale consultants |
| Yoon Yang Kim Shin & Yu | Korean counsel |