Alan D. Smith, WSBA No. 24964  
Brian A. Jennings, WSBA No. 32509  
PERKINS COIE LLP  
1201 Third Avenue, 48th Floor  
Seattle, WA  98101-3099  
Telephone:  (206) 359-8000  
Facsimile:   (206) 359-9000  
Email:    ADSmith@perkinscoie.com  
          BJennings@perkinscoie.com  
Attorneys for Debtors and Debtor-in-Possession

E-Filed 3/19/2008

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re

PTI HOLDING CORP., a Nevada corporation,

Debtors.

Case Nos. 06-50140 through 06-50146  
Administratively consolidated under:

CASE NO. 06-50140

CERTIFICATION RE:  FOURTH AND FINAL APPLICATION OF PERKINS COIE LLP FOR PAYMENT OF ATTORNEY FEES AND COSTS

Hearing Date:      March 18, 2008  
Hearing Time:      2:00 p.m.

    I, MARV TOLAND, hereby certify that I am the Responsible Officer of the Chapter 11 estates of Debtors and Debtor-in-Possession in these proceedings (collectively, "Debtors")[1], and that I have read the Fourth and Final Application Of Perkins Coie LLP For Payment Of Attorney

---

[1] The Debtors include PTI Holding Corp., Homestead Holdings, Inc., The Mounger Corporation, Pacific Trail, Inc., PTI Top Company, Inc., London Fog Group, Inc., and The Scranton Outlet Corp.

CERTIFICATION RE:  PERKINS COIE FOURTH  
AND FINAL FEE APPLICATION  - 1  
60845-0007/LEGAL14064503.1

**Perkins Coie LLP**  
1201 Third Avenue, Suite 4800  
Seattle, Washington  98101-3099  
Phone:  (206) 359-8000  
Fax:  (206) 359-9000

Fees and Costs filed on February 25, 2008.  I further certify that I have read the billing statements attached thereto and hereby approve Perkins Coie's request for approval of its fourth and final application and allowance of compensation on a final basis for the fees and expenses stated therein.

DATED:  March 19, 2007.

/s/ Marv Toland
MARV TOLAND, Responsible Officer

CERTIFICATION RE:  PERKINS COIE FOURTH
AND FINAL FEE APPLICATION  - 2
60845-0007/LEGAL14064503.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000