Alan D. Smith, WSBA No. 24964  
Brian A. Jennings, WSBA No. 32509  
PERKINS COIE LLP  
1201 Third Avenue, 48th Floor  
Seattle, WA 98101-3099  
Telephone: (206) 359-8000  
Facsimile: (206) 359-9000  
Email:  ADSmith@perkinscoie.com  
        BJennings@perkinscoie.com  
Attorneys for Debtors and Debtor-in-Possession

E-Filed 3/19/2008

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>PTI HOLDING CORP., a Nevada corporation,<br><br>Debtors. | Case Nos. 06-50140 through 06-50146<br>Administratively consolidated under:<br><br>CASE NO. 06-50140<br><br>CERTIFICATION RE:  FINAL APPLICATION OF YOON YANG KIM SHIN & YU FOR PAYMENT OF ATTORNEY FEES AND COSTS<br><br>Hearing Date:    March 18, 2008<br>Hearing Time:    2:00 p.m. |

I, MARV TOLAND, hereby certify that I am the Responsible Officer of the Chapter 11 estates of Debtors and Debtor-in-Possession in these proceedings (collectively, "Debtors")[1], and that I have read the Final Application Of Yoon Yang Kim Shin & Yu For Payment Of Attorney

---

[1] The Debtors include PTI Holding Corp., Homestead Holdings, Inc., The Mounger Corporation, Pacific Trail, Inc., PTI Top Company, Inc., London Fog Group, Inc., and The Scranton Outlet Corp.

CERTIFICATION RE:  YOON YANG KIM SHIN & YU FINAL FEE APPLICATION  - 1  
60845-0007/LEGAL14064507.1

**Perkins Coie LLP**  
1201 Third Avenue, Suite 4800  
Seattle, Washington 98101-3099  
Phone: (206) 359-8000  
Fax: (206) 359-9000

Fees and Costs filed on February 27, 2008.  I further certify that I have read the billing statements attached thereto and hereby approve Yoon Yang Kim Shin & Yu's request for approval of its final application and allowance of compensation on a final basis for the fees and expenses stated therein.

DATED:  March 19, 2007.

    /s/ Marv Toland
MARV TOLAND, Responsible Officer

CERTIFICATION RE:  YOON YANG KIM SHIN
& YU FINAL FEE APPLICATION  - 2
60845-0007/LEGAL14064507.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000