**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: London Fog Group Inc, a Deleware corporation | Case No. 06-50146 |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(GENERAL BUSINESS CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Dec 09    **PETITION DATE:** 03/20/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | | | |
| | b. Total Assets | | | |
| | c. Current Liabilities | | | |
| | d. Total Liabilities | | | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | - | 1,042.95 | 89,316,502 |
| | b. Total Disbursements | 886,734 | 11,509.33 | 85,022,926 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($886,734) | | |
| | d. Cash Balance Beginning of Month | $894,685 | | |
| | e. Cash Balance End of Month (c + d) | $7,951 | | |
| | Balance per Bank | $409,238 | | |
| | Outstanding Checks | $401,287 | | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | | | |
| 5. | **Account Receivables (Pre and Post Petition)** | | | |
| 6. | **Post-Petition Liabilities** | | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | | | |

| | At the end of this reporting month: | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | √ | |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | √ | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | √ | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | √ | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | √ | |
| 13. | Are a plan and disclosure statement on file? | √ | |
| 14. | Was there any post-petition borrowing during this reporting period? | | √ |
| 15. | Check if paid: Post-petition taxes √ ;    U.S. Trustee Quarterly Fees √ ; Check if filing is current for: Post-petition tax reporting and tax returns: √ . | | |

(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.
Date:    7/11/2010 0:00                                  /s/ Kim Nelson
                                                        Responsible Individual

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: Homestead Holdings, Inc., a Delaware corporation | Case No.   06-50142 <br><br> **CHAPTER 11** <br> **MONTHLY OPERATING REPORT** <br> **(GENERAL BUSINESS CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**   Dec 09             **PETITION DATE:**   03/20/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | | | |
| | b. Total Assets | | | |
| | c. Current Liabilities | | | |
| | d. Total Liabilities | | | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | - | - | 27,752,353.00 |
| | b. Total Disbursements | - | - | - |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | N/A | N/A | N/A |
| | d. Cash Balance Beginning of Month | N/A | N/A | N/A |
| | e. Cash Balance End of Month (c + d) | N/A | N/A | N/A |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | N/A | N/A | |
| 6. | **Post-Petition Liabilities** | N/A | N/A | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | N/A | N/A | |

| | At the end of this reporting month: | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | N/A | N/A |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | N/A | N/A |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | N/A | N/A |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | N/A | N/A |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | N/A | N/A |
| 13. | Are a plan and disclosure statement on file? | N/A | N/A |
| 14. | Was there any post-petition borrowing during this reporting period? | N/A | N/A |

15. Check if paid: Post-petition taxes   √  ;         U.S. Trustee Quarterly Fees   √  ; Check if filing is current for: Post-petition tax reporting and tax returns:   √  .

   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.
Date:   7/11/2010 0:00                            /s/ Kim Nelson
                                                  Responsible Individual

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: Pacific Trail Inc., a Washington corporation

Case No. 06-50145

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Dec 09     **PETITION DATE:** 03/20/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | | | |
| b. Total Assets | | | |
| c. Current Liabilities | | | |
| d. Total Liabilities | | | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | - | - | 21,386,007.00 |
| b. Total Disbursements | - | - | 188,000.00 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | N/A | N/A | N/A |
| d. Cash Balance Beginning of Month | N/A | N/A | N/A |
| e. Cash Balance End of Month (c + d) | N/A | N/A | N/A |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | N/A | N/A | |

| | | Yes | No |
|---|---|---|---|
| 6. **Post-Petition Liabilities** | | N/A | N/A |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | | N/A | N/A |

At the end of this reporting month:                                **Yes**        **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)   N/A   N/A
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)   N/A   N/A
10. If the answer is yes to 8 or 9, were all such payments approved by the court?   N/A   N/A
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)   N/A   N/A
12. Is the estate insured for replacement cost of assets and for general liability?   N/A   N/A

13. Are a plan and disclosure statement on file?   N/A   N/A
14. Was there any post-petition borrowing during this reporting period?   N/A   N/A
15. Check if paid: Post-petition taxes  √ ;   U.S. Trustee Quarterly Fees  √ ; Check if filing is current for: Post-petition tax reporting and tax returns:  √ .

(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.
Date:  7/11/2010 0:00              /s/ Kim Nelson
                                    Responsible Individual

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: The Scranton Outlet Corporation, a Delaware corporation

Case No.    06-50144

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Dec-09    **PETITION DATE:** 03/20/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in    $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
|    a. Current Assets | | | |
|    b. Total Assets | | | |
|    c. Current Liabilities | | | |
|    d. Total Liabilities | | | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
|    a. Total Receipts | N/A | N/A | N/A |
|    b. Total Disbursements | N/A | N/A | N/A |
|    c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | N/A | N/A | N/A |
|    d. Cash Balance Beginning of Month | N/A | N/A | N/A |
|    e. Cash Balance End of Month (c + d) | N/A | N/A | N/A |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | N/A | N/A | |
| 6. **Post-Petition Liabilities** | N/A | N/A | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | N/A | N/A | |

At the end of this reporting month:    **Yes**    **No**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | N/A | N/A |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | N/A | N/A |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | N/A | N/A |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | N/A | N/A |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | N/A | N/A |
| 13. | Are a plan and disclosure statement on file? | N/A | N/A |
| 14. | Was there any post-petition borrowing during this reporting period? | N/A | N/A |

15. Check if paid: Post-petition taxes  √ ;    U.S. Trustee Quarterly Fees  √ ; Check if filing is current for: Post-petition tax reporting and tax returns:  √ .

   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   7/11/2010 0:00            /s/ Kim Nelson
                                  Responsible Individual

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: PTI Top

Case No. 06-50143

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Dec 09           **PETITION DATE:** 03/20/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | | | |
| b. Total Assets | | | |
| c. Current Liabilities | | | |
| d. Total Liabilities | | | |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | N/A | N/A | N/A |
| b. Total Disbursements | N/A | N/A | N/A |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | N/A | N/A | N/A |
| d. Cash Balance Beginning of Month | N/A | N/A | N/A |
| e. Cash Balance End of Month (c + d) | N/A | N/A | N/A |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | N/A | N/A | |
| 6. **Post-Petition Liabilities** | N/A | N/A | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | N/A | N/A | |

At the end of this reporting month:

| | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | N/A | N/A |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | N/A | N/A |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | N/A | N/A |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | N/A | N/A |
| 12. Is the estate insured for replacement cost of assets and for general liability? | N/A | N/A |
| 13. Are a plan and disclosure statement on file? | N/A | N/A |
| 14. Was there any post-petition borrowing during this reporting period? | N/A | N/A |

15. Check if paid: Post-petition taxes  √ ;    U.S. Trustee Quarterly Fees  √ ; Check if filing is current for: Post-petition tax reporting and tax returns:  √ .

(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 7/11/2010 0:00           /s/ Kim Nelson
                               Responsible Individual

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: PTI Holding Corp.

Case No. 06-50140

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Dec 09         **PETITION DATE:** 03/20/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | | | |
| b. Total Assets | | | |
| c. Current Liabilities | | | |
| d. Total Liabilities | | | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | N/A | N/A | N/A |
| b. Total Disbursements | N/A | N/A | N/A |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | N/A | N/A | N/A |
| d. Cash Balance Beginning of Month | N/A | N/A | N/A |
| e. Cash Balance End of Month (c + d) | N/A | N/A | N/A |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | N/A | N/A | |
| 6. **Post-Petition Liabilities** | N/A | N/A | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | N/A | N/A | |

At the end of this reporting month:                                           **Yes**           **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)         N/A           N/A
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)         N/A           N/A
10. If the answer is yes to 8 or 9, were all such payments approved by the court?         N/A           N/A
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)         N/A           N/A
12. Is the estate insured for replacement cost of assets and for general liability?         N/A           N/A

13. Are a plan and disclosure statement on file?         N/A           N/A
14. Was there any post-petition borrowing during this reporting period?         N/A           N/A
15. Check if paid: Post-petition taxes   √ ;    U.S. Trustee Quarterly Fees   √ ; Check if filing is current for: Post-petition tax reporting and tax returns:   √  .

(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.
Date:   7/11/2010 0:00                              /s/ Kim Nelson
                                                    Responsible Individual

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: The Mounger Corp.

Case No.    06-50141

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**    Dec 09           **PETITION DATE:**    03/20/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in    $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | | | |
| b. Total Assets | | | |
| c. Current Liabilities | | | |
| d. Total Liabilities | | | |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | N/A | N/A | N/A |
| b. Total Disbursements | N/A | N/A | N/A |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | N/A | N/A | N/A |
| d. Cash Balance Beginning of Month | N/A | N/A | N/A |
| e. Cash Balance End of Month (c + d) | N/A | N/A | N/A |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | N/A | N/A | |
| 6. **Post-Petition Liabilities** | N/A | N/A | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | N/A | N/A | |

At the end of this reporting month:        **Yes**     **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    N/A    N/A
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    N/A    N/A
10. If the answer is yes to 8 or 9, were all such payments approved by the court?    N/A    N/A
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    N/A    N/A
12. Is the estate insured for replacement cost of assets and for general liability?    N/A    N/A

13. Are a plan and disclosure statement on file?    N/A    N/A
14. Was there any post-petition borrowing during this reporting period?    N/A    N/A
15. Check if paid: Post-petition taxes   √  ;    U.S. Trustee Quarterly Fees   √  ; Check if filing is current for: Post-petition tax reporting and tax returns:   √  .

   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.
Date:    7/11/2010 0:00                     /s/ Kim Nelson
                                            Responsible Individual

London Fog Group
Payments to Professionals
December 2009

| Check | Cleared | Issued | Professional | Amount |
|---|---|---|---|---|
| 600743 | 12/21/09 | 11/08/09 | Kim Nelson | 14,657.50 |
| 600744 | 12/21/09 | 11/08/09 | Kim Nelson | 10,222.12 |
| 600747 | 12/30/09 | 12/12/09 | Buchalter Nemer | 6,693.12 |
| 600748 | 12/18/09 | 12/12/09 | Hersman | 4,541.16 |
| 600750 o/s | | 12/12/09 | Kim Nelson | 10,250.00 |
| 600751 | 12/16/09 | 12/12/09 | Marv Toland | 5,588.00 |
| 600753 | 12/21/09 | 12/12/09 | McDonald Carano | 7,783.92 |
| 600754 | 12/23/09 | 12/12/09 | Perkins | 100,372.66 |
| 600755 | 12/31/09 | 12/12/09 | Sullivan Hill | 1,976.50 |
| 600756 | 12/28/09 | 12/12/09 | Broome Wellington | 30,273.92 |
| 600765 | 12/22/09 | 12/12/09 | US Trustee | 6,500.00 |
| 600769 | 12/16/09 | 12/12/09 | Marv Toland | 18,900.00 |
| | | | | 217,758.90 |

London Fog Group
Payments to Officers, Directors, Relatives
March 20, 2006 - December 31, 2009

| Payee | Title | Pay Date* | Total Amt | Salary/BOD Fee | Business Travel Expense | Operating/Other Expense | Paid on behalf of others | Explanation |
|---|---|---|---|---|---|---|---|---|
| David Greenstein | President/CEO | 3/24/2006 | $210.00 | | | | $210.00 | for James Thomas |
| Greenlink Asia Ltd | Relative-China sourcing office establishment | 3/27/2006 | $15,000.00 | $15,000.00 | | | | Consulting |
| Mark Greenstein | Chief Compliance Officer | 3/27/2006 | $1,667.43 | | $1,667.43 | | | Expenses |
| Greenlink Asia Ltd | Relative-China sourcing office establishment | 3/30/2006 | $2,764.42 | | $2,764.42 | | | March Expenses |
| Mark Greenstein | Chief Compliance Officer | 3/30/2006 | $7,000.00 | $6,400.00 | | $600.00 | | Salary/Expenses |
| Greenlink Asia Ltd | Relative-China sourcing office establishment | 4/5/2006 | $15,000.00 | $15,000.00 | | | | Consulting |
| Marv Toland | CFO | 4/5/2006 | $700.00 | | | $700.00 | | Gift Certificates |
| Steven Greenstein | COO | 4/5/2006 | $2,621.75 | | $1,134.56 | $1,487.19 | | March Expenses |
| Steven Greenstein | COO | 4/20/2006 | $2,892.76 | | $2,563.70 | $329.06 | | April Expenses |
| David Greenstein | President/CEO | 4/25/2006 | $21,354.57 | | $3,517.30 | $17,837.27 | | March Expenses |
| Mark Greenstein | Chief Compliance Officer | 4/26/2006 | $504.84 | | $504.84 | | | Expenses |
| Marv Toland | CFO | 4/28/2006 | $1,307.73 | | $1,307.73 | | | NYC/Reno |
| Mark Greenstein | Chief Compliance Officer | 5/1/2006 | $7,000.00 | $6,400.00 | | $600.00 | | Salary/Expenses |
| Mark Greenstein | Chief Compliance Officer | 5/9/2006 | $2,553.60 | | $2,553.60 | | | May Expenses |
| David Greenstein | President/CEO | 5/11/2006 | $884.97 | | | | $884.97 | David Didio April Expenses |
| David Greenstein | President/CEO | 5/11/2006 | $6,343.80 | | | | $6,343.80 | James Thomas April Expenses |
| Alvarez & Marshall | Board of Director member | 5/15/2006 | $15,000.00 | $15,000.00 | | | | 2nd Quarter Fee for Stan Springel |
| Michael Bozic | Board of Director member | 5/15/2006 | $10,000.00 | $10,000.00 | | | | 2nd Quarter Fee |
| Stewart Cohen | Board of Director member | 5/15/2006 | $11,250.00 | $11,250.00 | | | | 2nd Quarter Fee |
| Marv Toland | CFO | 5/18/2006 | $3,690.79 | | $3,690.79 | | | Reno/NYC |
| Steven Greenstein | COO | 5/18/2006 | $4,581.31 | | $4,405.88 | $175.43 | | May-06 |
| David Greenstein | President/CEO | 5/22/2006 | $20,097.90 | | $13,509.69 | $6,588.21 | | April Expenses |
| Mark Greenstein | Chief Compliance Officer | 5/31/2006 | $7,000.00 | $6,400.00 | | $600.00 | | Salary/Expenses |
| David Greenstein | President/CEO | 6/12/2006 | $35,993.03 | | $15,601.41 | $11,254.16 | $9,137.46 | May Expenses |
| Mark Greenstein | Chief Compliance Officer | 6/13/2006 | $1,392.89 | | $1,392.89 | | | May Expenses |
| David Greenstein | President/CEO | 6/14/2006 | $8,796.52 | | | | $8,796.52 | James Thomas May Expenses |
| Marv Toland | CFO | 6/22/2006 | $2,294.21 | | $1,890.59 | $403.62 | | June |
| Steven Greenstein | COO | 6/22/2006 | $4,148.34 | | $3,985.59 | $162.75 | | May-06 |
| David Greenstein | President/CEO | 6/27/2006 | $895.00 | | | | $895.00 | David Didio May Expenses |
| Avishai Greenstein | Relative | 6/28/2006 | $1,000.00 | $1,000.00 | | | | Weekly Salary |
| Mark Greenstein | Chief Compliance Officer | 6/30/2006 | $7,000.00 | $6,400.00 | | $600.00 | | Salary/Expenses |
| Marv Toland | CFO | 7/24/2006 | $1,688.87 | | $1,688.87 | | | June Report |
| Marv Toland | CFO | 7/31/2006 | $2,504.95 | | | | $2,504.95 | July-NY Trip |
| David Greenstein | President/CEO | 7/14/2006 | $38.80 | | | | $38.80 | David Didio charges |
| David Greenstein | President/CEO | 7/14/2006 | $27,038.11 | | $9,353.56 | $12,207.85 | $5,476.70 | June Expenses |
| Steven Greenstein | COO | 7/31/2006 | $9,009.70 | | $4,641.76 | $793.77 | $3,574.17 | July Expenses |
| Mark Greenstein | Chief Compliance Officer | 7/7/2006 | $3,553.49 | | $3,553.49 | | | July Expenses |
| Mark Greenstein | Chief Compliance Officer | 7/28/2006 | $7,000.00 | $6,400.00 | | $600.00 | | Monthly Salary/Expenses |
| Avishai Greenstein | Relative | 7/6/2006 | $1,000.00 | $1,000.00 | | | | Weekly Salary |
| Avishai Greenstein | Relative | 7/26/2006 | $800.00 | $800.00 | | | | Weekly Salary |
| Ella Greenstein | Relative | 7/6/2006 | $900.00 | $900.00 | | | | Weekly Salary |
| Ella Greenstein | Relative | 7/26/2006 | $600.00 | $600.00 | | | | Weekly Salary |
| Ella Greenstein | Relative | 7/26/2006 | $200.00 | $200.00 | | | | Weekly Salary |
| Avishai Greenstein | Relative | 8/2/2006 | $1,000.00 | $1,000.00 | | | | Weekly Salary |
| Avishai Greenstein | Relative | 8/19/2006 | $1,000.00 | $1,000.00 | | | | Weekly Salary |
| Mark Greenstein | Chief Compliance Officer | 8/3/2006 | $2,537.04 | | $2,537.04 | | | August Expenses |
| Mark Greenstein | Chief Compliance Officer | 8/21/2006 | $1,804.61 | | $1,804.61 | | | August Expenses |

| Name | Title | Date | Amount | | | | Description |
|---|---|---|---|---|---|---|---|
| Mark Greenstein | Chief Compliance Officer | 8/22/2006 | $1,754.91 | | $1,754.91 | | August Expenses |
| Mark Greenstein | Chief Compliance Officer | 8/30/2006 | $7,000.00 | $6,400.00 | | $600.00 | Monthly Salary/Expenses |
| Michael Bozic | Board of Director member | 8/15/2006 | $10,000.00 | $10,000.00 | | | 3rd Quarter Fee |
| Stewart Cohen | Board of Director member | 8/15/2006 | $11,250.00 | $11,250.00 | | | 3rd Quarter Fee |
| Alvarez & Marshall | Board of Director member | 8/15/2006 | $15,000.00 | $15,000.00 | | | 3rd Quarter Fee |
| David Greenstein | President/CEO | 8/16/2006 | $3,025.37 | | | $3,025.37 | David Didio charges |
| David Greenstein | President/CEO | 8/17/2006 | $24,562.48 | | $6,749.03 | $14,516.50 $3,296.95 | July Expenses |
| Steven Greenstein | COO | 8/30/2006 | $13,442.55 | | $10,225.36 | $56.65 $3,160.54 | August Expenses |
| Marv Toland | CFO | 8/16/2006 | $2,553.80 | | $2,553.80 | | August Expenses |
| Marv Toland | CFO | 8/30/2006 | $4,653.81 | | $4,653.81 | | August Expenses |
| Avishai Greenstein | Relative | 9/1/2006 | $1,000.00 | $1,000.00 | | | Weekly Salary |
| Mark Greenstein | Chief Compliance Officer | 9/5/2006 | $1,526.90 | | $1,526.90 | | August Expenses |
| David Greenstein | President/CEO | 9/20/2006 | $25,858.81 | | $14,104.85 | $9,623.43 $2,130.53 | August Expenses |
| Marv Toland | CFO | 9/21/2006 | $2,455.01 | | $838.45 | $1,616.56 | Misc August Expenses |
| Mark Greenstein | Chief Compliance Officer | 9/28/2006 | $7,000.00 | $6,400.00 | | $600.00 | Monthly Salary/OfficeExpenses |
| Marv Toland | CFO | 10/10/2006 | $2,326.97 | | $31.77 | $2,295.20 | September Expenses |
| Marv Toland | CFO | 10/25/2006 | $974.33 | | $974.33 | | Sept/Oct/Reno Oct 10th |
| David Greenstein | President/CEO | 10/23/2006 | $5,099.52 | | $2,248.18 | $1,756.94 $1,094.40 | September Expenses |
| Steven Greenstein | COO | 10/23/2006 | $19,910.84 | | $7,488.85 | $3,674.49 $8,747.50 | Sep-06 |
| Mark Greenstein | Chief Compliance Officer | 10/26/2006 | $7,000.00 | $6,400.00 | | $600.00 | Monthly Salary/OfficeExpenses |
| Mark Greenstein | Chief Compliance Officer | 10/5/2006 | $815.75 | | | $815.75 | September Expenses |
| Mark Greenstein | Chief Compliance Officer | 10/17/2006 | $3,382.44 | | $3,382.44 | | October Expenses |
| Marv Toland | CFO | 11/20/2006 | $476.50 | | $476.50 | | October Wrap and BDO |
| Marv Toland | CFO | 11/29/2006 | $584.56 | | $584.56 | | |
| Mark Greenstein | Chief Compliance Officer | 11/16/2006 | $569.97 | | $569.97 | | |
| Mark Greenstein | Chief Compliance Officer | 11/2/2006 | $1,438.27 | | $1,438.27 | | |
| Stewart Cohen | Board of Director member | 11/21/2006 | $11,250.00 | 11,250.00 | | | |
| David Greenstein | President/CEO | 11/20/2006 | $687.00 | | | $687.00 | First to Print Expenses |
| David Greenstein | President/CEO | 11/8/2006 | $5,782.71 | | $3,197.66 | $2,278.47 $306.58 | October Expenses |
| Steven Greenstein | COO | 11/20/2006 | $8,689.13 | | $2,593.57 | $3,844.98 $2,250.58 | October/November 2006 |
| Steven Greenstein | COO | 11/29/2006 | $932.34 | | $932.34 | | |
| Alvarez & Marshall | Board of Director member | 12/1/2006 | $15,000.00 | $15,000.00 | | | 4th quarter 2006 BOD fee |
| Michael Bozic | Board of Director member | 12/1/2006 | $10,000.00 | 10,000.00 | | | 4th quarter 2006 BOD fee |
| Dave Gowey | Director of Planning, Asst Secretary | 12/18/2006 | $506.70 | | $506.70 | | |
| David Greenstein | President/CEO | 12/20/2006 | $10,041.61 | | $5,848.49 | $4,193.12 | |
| Marv Toland | CFO | 12/27/2006 | $1,108.14 | | $1,108.14 | | |
| Marv Toland | CFO | 1/22/2007 | $395.27 | | | $395.27 | |
| Marv Toland | CFO | 1/24/2007 | $395.00 | | | $395.00 | |
| Alvarez & Marshall | Board of Director member | 2/28/2007 | $15,000.00 | $15,000.00 | | | 1st quarter 2007 BOD fee |
| Marv Toland | CFO | 2/6/2007 | $807.33 | | | $807.33 | |
| Marv Toland | CFO | 2/21/2007 | $632.86 | | | $632.86 | |
| Michael Bozic | Board of Director member | 3/2/2007 | $10,000.00 | $10,000.00 | | | 1st quarter 2007 BOD fee |
| Stewart Cohen | Board of Director member | 3/14/2007 | $11,250.00 | $11,250.00 | | | 1st quarter 2007 BOD fee |
| Stewart Cohen | Board of Director member | 5/23/2007 | $11,250.00 | $11,250.00 | | | 2nd quarter 2007 BOD fee |
| Michael Bozic | Board of Director member | 6/8/2007 | $10,000.00 | $10,000.00 | | | 2nd quarter 2007 BOD fee |
| Alvarez & Marshall | Board of Director member | 8/22/2007 | $30,000.00 | $30,000.00 | | | 3rd quarter 2007 BOD fee |
| Stewart Cohen | Board of Director member | 8/22/2007 | $11,250.00 | $11,250.00 | | | 3rd quarter 2007 BOD fee |
| Michael Bozic | Board of Director member | 8/27/2007 | $10,000.00 | $10,000.00 | | | 3rd quarter 2007 BOD fee |
| Stewart Cohen | Board of Director member | 11/26/2007 | $11,250.00 | $11,250.00 | | | 4th quarter 2007 BOD fee |
| Alvarez & Marshall | Board of Director member | 11/27/2007 | $15,000.00 | $15,000.00 | | | 4th quarter 2007 BOD fee |
| Michael Bozic | Board of Director member | 12/7/2007 | $10,000.00 | $10,000.00 | | | 4th quarter 2007 BOD fee |

$666,512.31   $342,450.00   $157,858.63   $104,328.86   $61,874.82

Note: After filing, the CEO David Greenstein had to pay for certain ongoing operating expenses in order to retain business with some vendors.
These payments are reflected in operating/other expense above.
The above payments do not reflect payroll for David Greenstein, Marv Toland, Steven Greenstein and David Gowey, who were both employees and officers.

\* in the case of checks, the pay date is the date the check cleared the bank

\*\* There were no payments to officers or BOD in April 2007 and there were none in any month of 2008 or 2009.

Checks issued prior to 3/20/06 and allowed to clear the bank after filing

| Type | Check # | Date Cleared | Issued Date | Vendor Description | Amount | Description | |
|---|---|---|---|---|---|---|---|
| Check | 8503652 | 3/24/06 | 3/15/06 | Young Kun Lee | 10,000.00 | Foreign Office severance | |
| Check | 8503667 | 3/24/06 | 3/15/06 | Soo Myun Lee | 10,000.00 | Foreign Office severance | |
| Check | 8503673 | 3/24/06 | 3/15/06 | Eung Yerl Park | 10,000.00 | Foreign Office severance | |
| Check | 8503678 | 3/24/06 | 3/15/06 | Kyung Bok Choi | 10,000.00 | Foreign Office severance | |
| Check | 8503653 | 3/28/06 | 3/15/06 | Young Kun Lee | 10,000.00 | Foreign Office severance | |
| Check | 8503654 | 3/28/06 | 3/15/06 | Young Kun Lee | 10,000.00 | Foreign Office severance | |
| Check | 8503655 | 3/28/06 | 3/15/06 | Young Kun Lee | 10,000.00 | Foreign Office severance | |
| Check | 8503668 | 3/28/06 | 3/15/06 | Soo Myun Lee | 10,000.00 | Foreign Office severance | |
| Check | 8503669 | 3/28/06 | 3/15/06 | Soo Myun Lee | 10,000.00 | Foreign Office severance | |
| Check | 8503670 | 3/28/06 | 3/15/06 | Soo Myun Lee | 4,180.00 | Foreign Office severance | |
| Check | 8503674 | 3/28/06 | 3/15/06 | Eung Yerl Park | 10,000.00 | Foreign Office severance | |
| Check | 8503675 | 3/28/06 | 3/15/06 | Eung Yerl Park | 903.22 | Foreign Office severance | |
| Check | 8503679 | 3/28/06 | 3/15/06 | Kyung Bok Choi | 8,168.36 | Foreign Office severance | |
| Check | 8503680 | 3/28/06 | 3/15/06 | Kyung Mo Choi | 3,000.00 | Employee expense reimbursement | |
| Check | 8503682 | 3/28/06 | 3/15/06 | Sang Yong Lee | 3,000.00 | Employee expense reimbursement | |
| Check | 400356 | 3/29/06 | 2/28/06 | Payroll check | 209.15 | Foreign office | |
| Check | 400357 | 3/29/06 | 2/28/06 | Payroll check | 37.35 | Foreign office | |
| Check | 400356 | 3/29/06 | 2/28/06 | Payroll check | 209.15 | Foreign office | |
| Check | 400357 | 3/29/06 | 2/28/06 | Payroll check | 37.35 | Foreign office | |
| Check | 8503633 | 3/30/06 | 3/6/06 | Victor Co | 300.00 | Foreign office | * |
| Check | 8503633 | 3/30/06 | 3/6/06 | Victor Co | 300.00 | Foreign office | * |
| Check | 8503657 | 4/6/06 | 3/15/06 | Young Kun Lee | 10,000.00 | Foreign office severance | |
| Check | | 4/7/06 | 1/23/06 | Seojin | 385.00 | Foreign office | * |
| Check | 8503656 | 4/7/06 | 3/15/06 | Young Kun Lee | 10,000.00 | Foreign office severance | |
| Check | 8503662 | 4/11/06 | 3/15/06 | Young Kun Lee | 10,000.00 | Foreign office severance | |
| Check | 8503663 | 4/11/06 | 3/15/06 | Young Kun Lee | 5,956.13 | Foreign office severance | |
| Check | 8503664 | 4/11/06 | 3/15/06 | Soo Myon Lee | 10,000.00 | Foreign office severance | |
| Check | | 4/13/06 | 3/15/06 | Young Kun Lee | 10,000.00 | Foreign Office Severance | |
| Check | | 4/17/06 | 3/15/06 | Young Kun Lee | 10,000.00 | Foreign Office Severance | |
| Check | | 4/19/06 | 3/15/06 | Yong Kun Lee | 10,000.00 | Foreign Office Severance | |
| | | | | | 196,685.71 | | |

* These foreign office expense checks should have been rejected but were not due to confusion over the check numbering
   because the Korean office check numbers/check stock was not changed because it could not have been done before the office closed in April.

The foreign office separation checks, issued pre-petition, were allowed to clear post-petition due to the fact that they are employee related, and given Korea law, the manager in Korea could have been jailed had the payments not cleared.

London Fog Group  Case 06-50140-gwz  Doc 2117  Entered 07/15/10 16:00:01  Page 13 of 14
Payments on Pre-petition debt
Payments through 11/30/09

| Vendor/Supplier | Payment Date | Paid after 3/20 allowed | Total Payments | Approved |
|---|---|---|---|---|
| MATTOX, CHRISTOPHER | 3/23/2006 | Covered by 1st day motion: Employee Payments, Contractor wire pymnt after check retur | 8,970.00 | |
| STANDARD INSURANCE | 3/23/2006 | Covered by 1st day motion: Employee related, paid via TT | 10,566.30 | |
| BANKSON, RICHARD | 3/24/2006 | Covered by 1st day motion: Employee related, expense reimburse | 1,560.33 | |
| BRANSCUM, SCOTT | 3/24/2006 | Covered by 1st day motion: Employee related, expense reimburse | 245.41 | |
| DOYLE, STACIE | 3/24/2006 | Covered by 1st day motion: Employee related, expense reimburse | 57.64 | |
| FICHTNER, COLLEEN | 3/24/2006 | Covered by 1st day motion: Employee related, Contractor invoice 3/16/06 | 2,400.00 | |
| KING, JANNA | 3/24/2006 | Covered by 1st day motion: Employee related, expense reimburse | 750.00 | |
| PETERSON, KIM | 3/24/2006 | Covered by 1st day motion: Employee related, Contractor invoice 3/16/06 | 3,460.58 | |
| ROBERTS, CONNIE | 3/24/2006 | Covered by 1st day motion: Employee related, expense reimburse | 45.00 | |
| SUHR, SUNG | 3/24/2006 | Covered by 1st day motion: Employee related, Contractor invoice 3/13/06 | 1,600.00 | |
| SUNDE, PER | 3/24/2006 | Covered by 1st day motion: Employee related, Contractor invoice 3/13/06 | 2,960.00 | |
| WILSON, ALICE ANN | 3/24/2006 | Covered by 1st day motion: Employee related, Contractor invoice 2/02/06 | 1,800.00 | |
| WRIGHT, LISA | 3/24/2006 | Covered by 1st day motion: Employee related, expense reimburse | 65.81 | |
| ANDERSON MARKETING | 3/27/2006 | Covered by 1st day motion: Employee related, Commissions paid via TT | 39,623.56 | |
| EKTA SHARMA | 3/27/2006 | Covered by 1st day motion: Foreign employee expenses paid via TT | 1,317.40 | |
| GREENLINK ASIA LI | 3/27/2006 | Covered by 1st day motion: Employee related, Contractor paid via TT | 15,000.00 | |
| MALUCELLI, VIRIDI | 3/27/2006 | Covered by 1st day motion: Employee related, Contractor paid via TT | 5,967.40 | |
| MANNELLI, LAURA | 3/27/2006 | Covered by 1st day motion: Employee related, Contractor paid via TT | 5,967.40 | |
| MARSHALL & ASSOCI | 3/27/2006 | Covered by 1st day motion: Employee related, Contractor paid via TT | 38,357.98 | |
| PREMERA BLUE CROSS | 3/27/2006 | Covered by 1st day motion: Employee related | 174,525.04 | |
| SHOWOFFS, L.L.C. | 3/27/2006 | Covered by 1st day motion: Employee related, Commissions | 19,736.96 | |
| WASHINGTON DENTAL | 3/27/2006 | Covered by 1st day motion: Employee related | 20,624.84 | |
| ASSOCIATION FOR INTL PI | 3/28/2006 | Covered by 1st day motion: Employee related, training course | 3,650.00 | |
| ADP, INC. - PO BO | 3/29/2006 | Covered by 1st day motion: Employee related, Payroll | 1,939.02 | |
| ADP, INC. - PO BO | 3/29/2006 | Covered by 1st day motion: Employee related, Payroll | 5,153.35 | |
| ADP, INC. - PO BO | 3/29/2006 | Covered by 1st day motion: Employee related, Payroll | 3,179.53 | |
| COPELAND, ROBERT | 3/29/2006 | Covered by 1st day motion: Employee related, Contractor invoice 3/15/06 | 3,200.00 | |
| HENRY, MICHAEL T. | 3/29/2006 | Covered by 1st day motion: Employee related, Commission payment via check | 1,222.94 | |
| RICK N TICE JR & | 3/29/2006 | Covered by 1st day motion: Employee related, Commission payment via TT | 16,346.34 | |
| SIMONSON, TIM | 3/29/2006 | Covered by 1st day motion: Employee related, Commission payment via TT | 1,282.02 | |
| MCCAFFRAY, DAVE | 3/30/2006 | Covered by 1st day motion: Employee related, Commission payment via check | 4,031.98 | |
| CABRERA, HALLDORA | 4/4/2006 | Covered by 1st day motion: Employee related, Contractor paid via check | 8,000.00 | |
| FLECK, CARSTEN M | 4/4/2006 | Covered by 1st day motion: Employee related, Contractor invoice 1/30/06 | 2,463.00 | |
| KULIK, SHAYNA | 4/4/2006 | Covered by 1st day motion: Employee related, Contractor invoices 2/28/06 & 3/16/06 | 2,830.00 | |
| LEVI STRAUSS & CO | 4/4/2006 | paid via TT on 4/4/06 Dockers cure 2005 royalty made at PT sale closing | 136,088.94 | |
| EPOCH CONSULTING | 4/7/2006 | Covered by 1st day motion: Employee related, 401K legal paid via check | 625.00 | |
| UNITE | 4/7/2006 | Covered by 1st day motion: Employee related, Union insurance paid via check | 4,395.60 | |
| UNITE HERE NATION | 4/7/2006 | Covered by 1st day motion: Employee related, Union insurance paid via check | 190.00 | |
| UNITE HERE WORKER | 4/7/2006 | Covered by 1st day motion: Employee related, Union insurance paid via check | 306.95 | |
| SPORTS PLUS INC. | 4/10/2006 | Covered by 1st day motion: Employee related, Commissions paid | 109.77 | |
| DUCKER, CHRISTINE | 4/11/2006 | Covered by 1st day motion: Employee related, Contractor invoice 2/26/06 | 990.00 | |
| ANDERSON, KEESHA | 4/12/2006 | Covered by 1st day motion: Employee related, Full time freelancer | 2,500.00 | |
| BENEFIT COORDINATOR | 4/12/2006 | Covered by 1st day motion: Employee related, paid via check | 930.00 | |
| CHOPRA, VIRESH | 4/12/2006 | Covered by 1st day motion: Employee related, Full time freelancer | 6,600.00 | |
| KIBBLE & PRENTICE | 4/12/2006 | Covered by 1st day motion: Employee related, paid via ck | 2,516.00 | |
| AUSTIN, RUSSELL | 4/19/2006 | Covered by 1st day motion: Employee related, Contractor invoice 2/27/06 | 1,280.00 | |
| CITY OF NORTH BEN | 4/19/2006 | Taxes, B&O taxes paid via check | 64.59 | |
| COLORADO DEPARTME | 4/19/2006 | Taxes, Sales tax paid via check | 854.00 | |
| HINDERMAN, HEATHER | 4/19/2006 | Covered by 1st day motion: Employee related, Contractor invoice 2/26/06 | 40.00 | |
| LEADY, ERIC | 4/19/2006 | Covered by 1st day motion: Employee related, Contractor invoice 2/26/06 | 192.00 | |
| METRA INC | 4/19/2006 | Contractor reissued check for invoice 2/06/06 | 4,741.82 | |

London Fog Group  Case 06-50140-gwz   Doc 2117   Entered 07/15/10 16:00:01   Page 14 of 14
Payments on Pre-petition debt
Payments through 11/30/09

| Vendor/Supplier | Payment Date | Paid after 3/20 allowed | Total Payments | Approved |
|---|---|---|---:|---:|
| NEVADA DEPARTMENT | 4/19/2006 | Taxes, Sales and Use tax paid via check | 5,535.52 | |
| NEW YORK STATE SA | 4/19/2006 | Taxes, Sales and Use tax paid via check | 7,518.87 | |
| NYC DEPARTMENT OF FIN | 4/19/2006 | Taxes, paid via check | 10,513.44 | |
| YAN YUN LI | 4/19/2006 | Covered by 1st day motion: Employee related, Contractor invoice 1/14/06 | 432.00 | |
| KAZACHKOV, ALEKSA | 4/24/2006 | Covered by 1st day motion: Employee related, Contractor | 2,010.00 | |
| Yong Hak Cho | 5/4/2006 | Covered by 1st day motion: Employee related, expense reimbursement paid via check | 190.26 | |
| GRANOFF, GEORGE | 5/12/2006 | Covered by 1st day motion: Employee related, Contractor invoice 3/01/06 | 2,800.00 | |
| Solutions Etc | 6/14/2006 | Actual work performed after 3/20/06 | 2,625.00 | |
| Eschelon | 6/2/2006 | Actual work performed after 3/20/06 | 440.16 | |
| 4N Service LLC | 7/13/2006 | Taxes. Sales Tax Svc San Marcos | 2,168.07 | |
| | | | 605,557.82 | |
| CARIAGGI FINE YARNS | 5/9/2006 | LFL critical vendor TT | 4,794.96 | 8,500.00 |
| CLERICI TESSUTO &C.S.P. | 5/1/2006 | LFL critical vendor TT | 5,293.04 | 9,028.53 |
| DENIM S.A.L. | 4/26/2006 | LFL critical vendor pmt | 9,600.00 | 9,600.00 |
| DORA S.R.L. | 4/4/2006 | LFL critical vendor pmt TT | 204.00 | |
| KNIT ILLUSTRATED | 4/19/2006 | LFL critical vendor pmt ck | 8,511.21 | 7,511.21 |
| MADIVA S.A.S. | 4/20/2006 | LFL critical vendor pmt TT | 35,565.53 | 35,565.53 |
| PESPOW CONFEZIONI | 4/19/2006 | LFL critical vendor pmt TT | 31,423.30 | 31,423.30 |
| POVOLO | 4/19/2006 | LFL critical vendor pmt TT | 34,683.53 | 34,683.53 |
| SUSTA ANSELMO & G | 4/19/2006 | LFL critical vendor pmt TT | 3,598.00 | 3,598.00 |
| | | | 133,673.57 | 139,910.10 |
| Amson Textile Mills | | HHI inventory supplier - critical vendor court approved | 161,815.85 | |
| Amtex | | HHI inventory supplier - critical vendor court approved | 56,345.76 | |
| Arshad Corp | | HHI inventory supplier - critical vendor court approved | 3,636,410.84 | |
| Jintex Asia | | HHI inventory supplier - critical vendor court approved | 1,216,476.93 | |
| Liberty Mills | | HHI inventory supplier - critical vendor court approved | 917,735.67 | |
| MK Sons | | HHI inventory supplier - critical vendor court approved | 38,880.60 | |
| Mustaqim | | HHI inventory supplier - critical vendor court approved | 3,490.50 | |
| SPL | | HHI inventory supplier - critical vendor court approved | 59,657.44 | |
| Tandi | | HHI inventory supplier - critical vendor court approved | 222.70 | |
| V&S | | HHI inventory supplier - critical vendor court approved | 3,093.30 | |
| | | | 6,094,129.59 | 6,200,000.00 |
| Arshad | 1/15/2009 | Court approved settlement | 134,066.33 | |
| Jintex | 1/15/2009 | Court approved settlement | 165,933.67 | |
| The Greensteins | 1/15/2009 | Court approved settlement (paid by Perkins to David Greenstein's account, and LFG paid Perkins | 500,000.00 | |
| Multiple | 2/22/2009 | Settlement checks - See attachment A Check Register 2/22/09 | 2,499,707.34 | |
| Multiple | 12/12/2009 | Settlement checks - See attachment B Check Register final distribution domestic | 555,118.98 | |
| Multiple | 12/12/2009 | Settlement checks - See attachment C Check Register final distribution international | 152,479.55 | |

Payments made on Pre-petition debt  10,133,068.32